# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | M. Jonathan Hayes | Atty Name (if applicable): | M. Jonathan Hayes |
| Street Address: | 510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014 | CA Bar No. (if applicable): | 90388 |
| Filer's Telephone No.: | (213)572-0800 | Atty Fax No. (if applicable): | (213)572-0860 |

| | |
|---|---|
| In re:<br><br>Christopher Smith | Case No. 2:14-bk-19737-WB<br>Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐   B ☐   C ☐   D ☐   E ☐   F ☒   G ☐   H ☐   I ☐   J ☐

Statement of Social Security Number(s) ☐         Statement of Financial Affairs ☐

Statement of Intention ☐         Other ☒ Amended Creditor Matrix

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Christopher Smith, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: July 9, 2014

*[signature]*
Christopher Smith
*Debtor Signature*

**FOR COURT USE ONLY**

*Co-Debtor Signature*

***SEE REVERSE SIDE***

B-1008 *Revised November 2011*

B6F (Official Form 6F) (12/07)

In re  **Christopher Smith**  ,  Case No. __2:14-bk-19737-WB__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx5663<br><br>American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | - | | 2/01/97<br>Credit Card | | X | | 5,276.00 |
| Account No. xxxxxxxxxxxx0833<br><br>American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | - | | 7/01/97<br>Credit Card | | X | | 3,987.00 |
| Account No. xxxxxxxxxxxx6784<br><br>Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 | - | | 3/01/07<br>Credit Card | | X | | 1,159.00 |
| Account No. xxxx5420<br><br>CBA Collection Bureau<br>PO Box 5013<br>Hayward, CA 94540 | - | | 2/01/10<br>DS Waters of America Inc Collection Attorney | | X | | 170.00 |
| __2__ continuation sheets attached | | | | Subtotal (Total of this page) | | | 10,592.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher Smith** , Case No. **2:14-bk-19737-WB**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx1736<br><br>Lewitt, Hackman, Shapiro, Marshall & Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | | - | 2014<br>Request for attorneys fees; creditor is counsel for Debtor's "ex-wife"; dissolution action pending. | | | X | 60,773.00 |
| Account No. 4481<br><br>Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | | - | 2013<br>Legal Fees | | | X | 14,794.00 |
| Account No.<br><br>Patricia Smith<br>4348 Camellia Ave.<br>Studio City, CA 91604 | | - | Potential WATTS claim for $135,000 and $24,300 for breach of fiduciary claim; creditor is Debtor's "ex-wife"; dissolution action pending. | | | X | 159,300.00 |
| Account No. xxxx3764<br><br>Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 | | - | 10/01/13<br>Verizon Wireless Factoring Company Account | | | X | 346.00 |
| Account No. xxxxxxxx3131<br><br>Providence Saint Joseph Med Ctr<br>PO Box 30027<br>Los Angeles, CA 90030-0027 | | - | Medical services | | | | 539.09 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **235,752.09**

B6F (Official Form 6F) (12/07) - Cont.

In re **Christopher Smith**                                                                 Case No. **2:14-bk-19737-WB**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>The Bail Hotline<br>Bail Bondsman<br>3601 University Ave.<br>Riverside, CA 92501 | - | | Debtor guaranteed friend's bail bond for $20,000. | | | X | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Total (Report on Summary of Schedules)  246,344.09

```
Providence Saint Joseph Med Ctr
PO Box 30027
Los Angeles, CA 90030-0027
```

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **AMENDED SCHEDULE F, AMENDED CREDITOR MATRIX AND ELECTRONIC FILING DECLARATION** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/10/2014** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page.

- **Melanie Scott Green**    Melanie.green@usdoj.gov
- **M Jonathan Hayes**    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com; rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;anastasia@srhlawfirm.com; maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Gina J Kim**    gjkim@piteduncan.com, ecfcacb@piteduncan.com
- **Matthew D Resnik**    matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **7/10/14** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

Hon. Julia W. Brand
US Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Christopher R. Smith
10155 Toluca Lake Avenue
Toluca Lake, CA 91602

ALL CREDITORS:

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Americredit/GM Financial

Attention: Bankruptcy
PO Box 183583
Arlington, TX 76096

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

CBA Collection Bureau
PO Box 5013
Hayward, CA 94540

Chase
PO Box 24696
Columbus, OH 43224

SIMON RESNIK
HAYES LLP

| | |
|---|---|
| Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | TS #: 23545CA]<br>Santa Ana, CA 92707<br><br>P F F Bank & Trust<br>c/o FDIC as Receiver<br>1601 Bryan Street<br>Dallas, TX 75201 |
| IndyMac Bank/OneWest Bank<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Providence Saint Joseph Med Ctr<br>P.O. Box 30027<br>Los Angeles, CA 90030-0027 |
| Lewitt, Hackman, Shapiro, Marshall<br>& Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | US Bank<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355 |
| Meridian Foreclosure Services<br>4 Hutton Centre, Suite 900 | |

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/10/2014 I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/10/2014 | Rosario Zubia | /s/ Rosario Zubia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

SIMON RESNIK
HAYES LLP

2