B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Christopher Smith**  
Debtor(s)

Case No. **2:14-bk-19737-WB**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | Disputed | 5,276.00 |
| American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | Disputed | 3,987.00 |
| Americredit/GM Financial<br>Attention: Bankruptcy<br>Po Box 183583<br>Arlington, TX 76096 | Americredit/GM Financial<br>Attention: Bankruptcy<br>Po Box 183583<br>Arlington, TX 76096 | 2012 Chevrolet Equinox Lease | | 5,655.00<br><br>(0.00 secured) |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Credit Card | Disputed | 1,159.00 |
| CBA Collection Bureau<br>PO Box 5013<br>Hayward, CA 94540 | CBA Collection Bureau<br>PO Box 5013<br>Hayward, CA 94540 | DS Waters of America Inc Collection Attorney | Disputed | 170.00 |
| Chase<br>PO Box 24696<br>Columbus, OH 43224 | Chase<br>PO Box 24696<br>Columbus, OH 43224 | Rental - Single family residence at 10155 Toluca Lake Avenue, Toluca Lake, CA 91602 | | 153,189.00<br>(1,572,000.00 secured)<br>(1,683,000.00 senior lien) |
| Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Personal Taxes | | 11,544.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Personal Taxes | | 32,875.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Christopher Smith**                                          Case No.  **2:14-bk-19737-WB**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lewitt, Hackman, Shapiro, Marshall & Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | Lewitt, Hackman, Shapiro, Marshall & Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | Request for attorneys fees; creditor is counsel for Debtor's "ex-wife"; dissolution action pending. | Disputed | 60,773.00 |
| Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | Legal Fees | Disputed | 14,794.00 |
| Patricia Smith<br>4348 Camellia Ave.<br>Studio City, CA 91604 | Patricia Smith<br>4348 Camellia Ave.<br>Studio City, CA 91604 | Potential WATTS claim for $135,000 and $24,300 for breach of fiduciary claim; creditor is Debtor's "ex-wife"; dissolution action pending. | Disputed | 159,300.00 |
| Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 | Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 | Verizon Wireless Factoring Company Account | Disputed | 346.00 |
| Providence Saint Joseph Med Ctr<br>PO Box 30027<br>Los Angeles, CA 90030-0027 | Providence Saint Joseph Med Ctr<br>PO Box 30027<br>Los Angeles, CA 90030-0027 | Medical services | | 539.09 |
| US Bank<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 | US Bank<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 | Multi-family 4 unit 4130 W Toluca Lake Avenue Burbank, CA 91505 | | 59,168.00 (1,050,000.00 secured) (1,070,000.00 senior lien) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re  Christopher Smith                                          Case No.  2:14-bk-19737-WB
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Christopher Smith, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 9, 2014                    Signature  _____
                                                 Christopher Smith
                                                 Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.