# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | M. Jonathan Hayes | Atty Name (if applicable): | M. Jonathan Hayes |
| Street Address: | 15233 Ventura Blvd., Suite 250 Sherman Oaks, CA 91403 | CA Bar No. (if applicable): | 90388 |
| Filer's Telephone No.: | (818)783-6251 | Atty Fax No. (if applicable): | (818)783-6253 |

In re: **Christopher Smith**

Case No. 2:14-bk-19737-WB
Chapter 11

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☒    C ☒    D ☐    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐    Statement of Financial Affairs ☐

Statement of Intention ☐    Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Christopher Smith, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 7/30/14

*[signature]*

Christopher Smith
*Debtor Signature*

**FOR COURT USE ONLY**

*Co-Debtor Signature*

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

B6B (Official Form 6B) (12/07)

In re    **Christopher Smith**    Case No. __2:14-bk-19737-WB__
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

|   | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash in wallet | - | 100.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase personal checking account ending in 9181 | - | 350.00 |
|   |   |   | Chase personal checking account ending in 5676 | - | 25.00 |
|   |   |   | Chase business checking account for CSSTV ending in 8268 | - | 6.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Misc. furniture and appliances | - | 2,500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books, pictures, and art | - | 250.00 |
| 6. | Wearing apparel. | | Misc. clothing | - | 500.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life insurance provided by employer $904,750 ($0 cash value) | - | 0.00 |
|   |   |   | Term Life Insurance $922,000 ($0 cash value) | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,731.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont

In re **Christopher Smith**, Debtor    Case No. **2:14-bk-19737-WB**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | GE Pension Plan- amount listed is Debtor's approx. 50% portion as ordered via a Qualified Domestic Relations Order. | - | 25,000.00 |
| | | Time Warner Savings 401k | - | 974.91 |
| | | Comcast Corp Retirement Investment Plan 401k | - | 83,355.00 |
| | | NBC Universal Pension Plan (approx) | - | 7,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Ownership of CSS Television, Inc.; Corporation is inactive and has been out of business for several years; no accounts receivable; currently not generating income; Corporation owns 2004 Lincoln Town car (135,000 miles - value $3,000) and office furniture $1,000. | - | 4,000.00 |
| | | 100% Ownership of Smocko Productions, LLC; LLC is inactive and has been out of business for several years; currently not generating income; LLC owns 30% copyright of feature film Trantasia (estimated value $3,000); $2,000 owed in account receivable. | - | 5,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2012 Federal and California income tax return | - | 16,220.00 |

Sub-Total >    **142,049.91**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont

In re **Christopher Smith**  
Debtor

Case No. **2:14-bk-19737-WB**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Chevrolet Equinox Lease** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, printer** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total > 1,000.00  
(Total of this page)

Sheet **2** of **3** continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Christopher Smith**                                               Case No.  **2:14-bk-19737-WB**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Potential lawsuit against Onewest Bank for violations of Homeowners Bill of Rights.** | - | 1.00 |

Sub-Total >  1.00
(Total of this page)
Total >  146,781.91

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  **Christopher Smith**                                                  Case No.  **2:14-bk-19737-WB**
                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Multi-family 4 unit at 4130 W Toluca Lake Avenue, Burbank, CA 91505; primary residence and 3 rental units; property held in the name of Smith Family Trust; 3 month to month leases. | C.C.P. § 703.140(b)(5) | 1.00 | 1,050,000.00 |
| **Cash on Hand** Cash in wallet | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** Chase personal checking account ending in 9181 | C.C.P. § 703.140(b)(5) | 350.00 | 350.00 |
| Chase personal checking account ending in 5676 | C.C.P. § 703.140(b)(5) | 25.00 | 25.00 |
| Chase business checking account for CSSTV ending in 8268 | C.C.P. § 703.140(b)(5) | 6.00 | 6.00 |
| **Household Goods and Furnishings** Misc. furniture and appliances | C.C.P. § 703.140(b)(3) | 2,500.00 | 2,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** Misc. books, pictures, and art | C.C.P. § 703.140(b)(3) | 250.00 | 250.00 |
| **Wearing Apparel** Misc. clothing | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** GE Pension Plan- amount listed is Debtor's approx. 50% portion as ordered via a Qualified Domestic Relations Order. | C.C.P. § 703.140(b)(10)(E) | 25,000.00 | 25,000.00 |
| Time Warner Savings 401k | C.C.P. § 703.140(b)(10)(E) | 974.91 | 974.91 |
| Comcast Corp Retirement Investment Plan 401k | C.C.P. § 703.140(b)(10)(E) | 83,355.00 | 83,355.00 |
| NBC Universal Pension Plan (approx) | C.C.P. § 703.140(b)(10)(E) | 7,500.00 | 7,500.00 |
| **Stock and Interests in Businesses** 100% Ownership of CSS Television, Inc.; Corporation is inactive and has been out of business for several years; no accounts receivable; currently not generating income; Corporation owns 2004 Lincoln Town car (135,000 miles - value $3,000) and office furniture $1,000. | C.C.P. § 703.140(b)(5) | 4,000.00 | 4,000.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

| In re | Christopher Smith | | Case No. **2:14-bk-19737-WB** |
|---|---|---|---|
| | Debtor | | |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 100% Ownership of Smocko Productions, LLC; LLC is inactive and has been out of business for several years; currently not generating income; LLC owns 30% copyright of feature film Trantasia (estimated value $3,000); $2,000 owed in account receivable. | C.C.P. § 703.140(b)(5) | 5,000.00 | 5,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2012 Federal and California income tax return | C.C.P. § 703.140(b)(5) | 16,220.00 | 16,220.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer, printer | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Potential lawsuit against Onewest Bank for violations of Homeowners Bill of Rights. | C.C.P. § 703.140(b)(5) | 1.00 | 1.00 |

| | Total: | 146,782.91 | 1,196,781.91 |
|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **AMENDED SCHEDULES B AND C** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/1/2014** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page.

- **Melanie Scott Green**   Melanie.green@usdoj.gov
- **M Jonathan Hayes**   jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com; rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;anastasia@srhlawfirm.com; maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Gina J Kim**   gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforupcty.com
- **Matthew D Resnik**   matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **8/1/14** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

Hon. Julia W. Brand
US Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Christopher R. Smith
10155 Toluca Lake Avenue
Toluca Lake, CA 91602

ALL CREDITORS:

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Americredit/GM Financial
Attention: Bankruptcy

PO Box 183583
Arlington, TX 76096

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

CBA Collection Bureau
PO Box 5013
Hayward, CA 94540

Chase
PO Box 24696
Columbus, OH 43224

Franchise Tax Board
Attn: Bankruptcy Unit

SIMON RESNIK
HAYES LLP

| | |
|---|---|
| P.O. Box 2952<br>Sacramento, CA 95812-2952 | Dallas, TX 75201 |
| IndyMac Bank/OneWest Bank<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | Pinnacle Credit Service<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Providence Saint Joseph Med Ctr<br>P.O. Box 30027<br>Los Angeles, CA 90030-0027 |
| Lewitt, Hackman, Shapiro, Marshall<br>& Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | US Bank<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355 |
| Meridian Foreclosure Services<br>4 Hutton Centre, Suite 900<br>TS #: 23545CA]<br>Santa Ana, CA 92707 | Five Lakes Agency, Inc.<br>JP Morgan Chase Bank<br>PO Box 80730<br>Rochester, MI 48308 |
| P F F Bank & Trust<br>c/o FDIC as Receiver<br>1601 Bryan Street | ACAR Leasing LTD<br>dba GM Financial Leaasing<br>PO Box 183853<br>Arlington, TX 76096 |

III. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/1/2014** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/1/2014 | Rosario Zubia | /s/ Rosario Zubia |
|---|---|---|
| Date | Type Name | Signature |

SIMON RESNIK
HAYES LLP

2