| | |
|---|---|
| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address<br>M. Jonathan Hayes (Bar No. 90388)<br>Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi (Bar No. 266572)<br>Carolyn M. Afari (Bar No. 283681)<br>SIMON RESNIK HAYES LLP<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>Telephone: (818) 783-6251<br>Facsimile: (818) 827-4919<br>jhayes@SRHLawFirm.com<br>matthew@SRHLawFirm.com<br>roksana@SRHLawFirm.com<br>carolyn@SRHLawFirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>**CHRISTOPHER R. SMITH,**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:14-bk-19737-WB**<br><br>CHAPTER: **11**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11 U.S.C. § 363]**<br><br>This motion is being made under **ONLY ONE** of the following notice procedures:<br><br>☐ **Hearing requested on emergency basis: LBR 9075-1(a); or**<br>☐ **Hearing requested on shortened notice: LBR 9075-1(b); or**<br>☒ **Hearing set on regular notice: LBR 9013-1(c):**<br><br>DATE: **September 25, 2014**<br>TIME: **10:00**<br>COURTROOM: **1375**<br>PLACE: United States Bankruptcy Court<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

1. **PLEASE TAKE NOTICE THAT** Debtor moves this court for an order authorizing interim use of cash collateral.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge pursuant to LBR 5005-2(d) and the Court Manual.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                           Page 1            **F 2081-1.1.MOTION.CASH.COLLATERAL**

a.  ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a):** Debtor has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for the Debtor to file and serve the Motion and the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a regular hearing date or other disposition of this motion and the deadline for filing an opposition.

b.  ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** Debtor has filed a separate motion asking the court to set a hearing on shortened notice, titled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this motion.

c.  ☒ **Hearing Set on Regular Notice: Notice Provided Under LBR 9013-1(c):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(c). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

d.  ☐ **Other** *(specify)*: _____

Date: 8/25/2014

By: /s/ M. Jonathan Hayes
Signature of Debtor or attorney for Debtor

Name: **M. Jonathan Hayes**
Printed name of Debtor or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2

**MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**

1. The use of collateral may generate cash that is Cash Collateral in which one or more creditors have or claim a lien or other security interest. The Debtor cannot use Cash Collateral without consent of the creditor(s) or a court order. The Debtor believes that Cash Collateral may be generated in this case and so seeks the court's order authorizing its use and providing adequate protection for that use to the affected creditor(s), as discussed below.

2. The Debtor in this case has filed a voluntary petition. The court has jurisdiction to grant the relief requested in this motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 363.

3. The Debtor believes that the use of Cash Collateral is necessary for the Debtor to continue the Debtor's operations and to reorganize.

4. Information about each collateral owned by the Debtor for which the Debtor seeks court permission to use Cash Collateral, and Debtor's proposed budget for each collateral is/are set forth as follows:

   a. <u>Collateral and budget #1</u>

      (1) Value of collateral: $**1,050,000**

      (2) Type of collateral

         ☒ Real Property

            Street address: **4130 – 4132 ½  W. Toluca Lake Ave.**
            Unit/suite no.:
            City, state, zip code: **Burbank, CA 91505**
            Legal description or document recording number *(include county of recording)*:

         ☐ Equipment *(describe manufacturer, type, and characteristics):*
            Serial number(s):
            Location:

         ☐ Vehicle *(describe year, manufacturer, type and model)*:
            Vehicle identification number:
            Location of vehicle:

         ☐ Other personal property *(describe type, identifying information, and location)*

      (3) Income/rent generated: $**4,350** per month

      (4) Liens:
         | | | | |
         |---|---|---|---|
         | 1st Lien holder: | **IndyMac Bank/OneWest** | Principal balance due: | $**1,070,000** |
         | Monthly payment: | $ | Due date: | |
         | Amount in arrears: | $ | | |
         | | | | |
         | 2nd Lien holder: | **US Bank** | Principal balance due: | $**59,168** |
         | Monthly payment: | $ | Due date: | |
         | Amount in arrears: | $ | | |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3              **F 2081-1.1.MOTION.CASH.COLLATERAL**

    3rd Lien holder: _____               Principal balance due: $_____
    Monthly payment: $_____          Due date: _____
    Amount in arrears: $_____

☐ Additional liens:

(5) Equity in the collateral: $ **0**

(6) The Debtor offers the equity in the collateral as adequate protection.

(7) The use or sale of the Cash Collateral generates more collateral (Replacement Collateral) each month *(check one):*
☒ The collateral generates rents each month of $**4,350**.

☐ The sale of collateral generates working capital, which allows the generation of more products to sell each month, giving creditor sufficient Replacement Collateral to justify the use of Cash Collateral. The Replacement Collateral is $_____ per month.

(8) The generation of Replacement Collateral, as described above, is offered as adequate protection.

(9) Proposed Budget:

INCOME:
Rent: $**4,350**
Sales: $_____
Other: $_____
              Total Income: $**4,350**

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 4    **F 2081-1.1.MOTION.CASH.COLLATERAL**

EXPENSES:
- 1st Lien Holder $3,289.22
- 2nd Lien holder: $____
- 3rd Lien holder: $____
- Repairs: $____
- Building: $____
- Plumbing: $____
- Electrical: $____
- Flooring: $____
- Other: $657.78 (Property Taxes)
- Cleaning: $____
- Pest control: $____
- Landscaping: $____
- Insurance: $103
- Fire/liability: $____
- Other: $____
- Management: $____
- Electricity: $____
- Gas: $____
- Water: $____
- Trash Disposal: $____
- Supplies: $____
- Advertising: $____
- Other: $300 (Maintenance)
- Other: $____
- Other: $____
- Other: $____

Total Expenses: $ 4,350
Net Income: $ 0

b. <u>Collateral and budget #2</u>

   (1) Value of collateral: $____

   (2) Type of collateral

   ☐ Real Property

   Street address: ___
   Unit/suite no.: ___
   City, state, zip code: ___
   Legal description or document recording number *(include county of recording)*:

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   Serial number(s):
   Location:

   ☐ Vehicle *(describe year, manufacturer, type and model)*:
   Vehicle identification number:
   Location of vehicle:

   ☐ Other personal property *(describe type, identifying information, and location)*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                  Page 5            **F 2081-1.1.MOTION.CASH.COLLATERAL**

(3) Income/rent generated: $____

(4) Liens:

| | | |
|---|---|---|
| 1st Lien holder: _____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |
| | | |
| 2nd Lien holder: _____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |
| | | |
| 3rd Lien holder: _____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |

☐ Additional liens:

(5) Equity in the collateral: $____

(6) The Debtor offers the equity in the collateral as adequate protection.

(7) The use or sale of Cash Collateral generates Replacement Collateral each month *(check one)*:

☐ The collateral generates rents each month of $____.

☐ The sale of collateral generates working capital, which allows the generation of more products to sell each month, giving creditor sufficient Replacement Collateral to justify the use of Cash Collateral. The Replacement Collateral is $____ per month.

(8) The generation of Replacement Collateral, as described above, is offered as adequate protection.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 6    **F 2081-1.1.MOTION.CASH.COLLATERAL**

(9) Proposed Budget:

    INCOME:
    Rent: $_____
    Sales: $_____
    Other: $_____
                    Total Income: $____

    EXPENSES:
        1st Lien Holder  $_____
        2nd Lien holder: $_____
        3rd Lien holder: $_____
        Repairs: $_____
        Building: $_____
        Plumbing: $_____
        Electrical: $_____
        Flooring: $_____
        Other: $_____
        Cleaning: $_____
        Pest control: $_____
        Landscaping: $_____
        Insurance: $_____
        Fire/liability: $_____
        Other: $_____
        Management: $_____
        Electricity: $_____
        Gas: $_____
        Water: $_____
        Trash Disposal: $_____
        Supplies: $_____
        Advertising: $_____
        Other: $_____
        Other: $_____
        Other: $_____
        Other: $_____

                                            Total Expenses: $_____
                                            Net Income: $_____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 7            **F 2081-1.1.MOTION.CASH.COLLATERAL**

  c. <u>Collateral and budget #3</u>

    (1) Value of collateral: $____

    (2) Type of collateral

      ☐ Real Property

        Street address: ____
        Unit/suite no.: ____
        City, state, zip code: ____
        Legal description or document recording number *(include county of recording)*:

      ☐ Equipment *(describe manufacturer, type, and characteristics)*:
        Serial number(s):
        Location:

      ☐ Vehicle *(describe year, manufacturer, type and model)*:
        Vehicle identification number:
        Location of vehicle:

      ☐ Other personal property *(describe type, identifying information, and location)*

    (3) Income/rent generated: $____

    (4) Liens:

| | | |
|---|---|---|
| 1st Lien holder: ____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |
| 2nd Lien holder: ____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |
| 3rd Lien holder: ____ | Principal balance due: | $____ |
| Monthly payment: $____ | Due date: | ____ |
| Amount in arrears: $____ | | |

      ☐ Additional liens:

    (5) Equity in the collateral: $____

    (6) The Debtor offers the equity in the collateral as adequate protection.

    (7) The use or sale of the Cash Collateral generates more Replacement Collateral each month *(check one)*:

      ☐ The collateral generates rents each month of $____.

      ☐ The sale of collateral generates working capital, which allows the generation of more products to sell each month, giving creditor sufficient Replacement Collateral to justify the use of Cash Collateral. The Replacement Collateral is $____ per month.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012      Page 8      **F 2081-1.1.MOTION.CASH.COLLATERAL**

(8) The generation of Replacement Collateral, as described above, is offered as adequate protection.

(9) Proposed Budget:

INCOME:
Rent: $_____
Sales: $_____
Other: $_____
                Total Income: $_____

EXPENSES:
    1st Lien Holder $_____
    2nd Lien holder: $_____
    3rd Lien holder: $_____
    Repairs: $_____
    Building: $_____
    Plumbing: $_____
    Electrical: $_____
    Flooring: $_____
    Other: $_____
    Cleaning: $_____
    Pest control: $_____
    Landscaping: $_____
    Insurance: $_____
    Fire/liability: $_____
    Other: $_____
    Management: $_____
    Electricity: $_____
    Gas: $_____
    Water: $_____
    Trash Disposal: $_____
    Supplies: $_____
    Advertising: $_____
    Other: $_____
    Other: $_____
    Other: $_____
    Other: $_____

                                        Total Expenses: $_____
                                        Net Income: $_____

*SEE ATTACHED BUDGETS FOR ADDITIONAL INFORMATION ON EACH PROPERTY

WHEREFORE, the Debtor prays that the court allow interim use of the cash collateral pursuant to the proposed budget(s).

Date: 8/25/2014

By: **/s/ M. Jonathan Hayes**
Signature of Debtor or attorney for Debtor

Name: **M. Jonathan Hayes**
Printed name of Debtor or attorney for Debtor

**DECLARATION OF DEBTOR RE INTERIM USE OF CASH COLLATERAL**

I, **Christopher R. Smith**, declare:

1. I am the Debtor in this bankruptcy proceeding.

2. I make this declaration of my own personal knowledge and would so testify.

3. I am the owner of the collateral listed in paragraph 4 of the Motion for an Order Approving the Interim Use of Cash Collateral (Motion) to which this declaration is attached.

4. The use of Cash Collateral is necessary for the reorganization of this case because: **I require the use of the rents for the ordinary and necessary expenses of my properties for the benefit of the secured creditors and the estate.**

5. The value of the collateral, as stated in paragraph 4 of the Motion, is true and correct and based upon my own personal knowledge.

6. The value of the respective collateral, the respective liens thereon, and the equity in the respective collateral, as stated in the Motion is true and correct and based upon my own personal knowledge.

7. I offer the equity in the collateral as adequate protection of the creditor/lien holder's interests.

8. I offer the generation of replacement collateral, as described in paragraph 4 of the Motion, as adequate protection for the use of cash collateral.

9. The income and expenses listed in the proposed budget(s), as stated in the Motion, are true and correct expenses of the operation of the collateral.

10. I propose to use Cash Collateral pursuant to the budget(s) stated in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| **8/18/2014** | **Christopher R. Smith** | SEE NEXT PAGE |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 10     **F 2081-1.1.MOTION.CASH.COLLATERAL**

## DECLARATION OF DEBTOR RE INTERIM USE OF CASH COLLATERAL

I, **Christopher R. Smith**, declare:

1. I am the Debtor in this bankruptcy proceeding.

2. I make this declaration of my own personal knowledge and would so testify.

3. I am the owner of the collateral listed in paragraph 4 of the Motion for an Order Approving the Interim Use of Cash Collateral (Motion) to which this declaration is attached.

4. The use of Cash Collateral is necessary for the reorganization of this case because: **I require the use of the rents for the ordinary and necessary expenses of my properties for the benefit of the secured creditors and the estate.**

5. The value of the collateral, as stated in paragraph 4 of the Motion, is true and correct and based upon my own personal knowledge.

6. The value of the respective collateral, the respective liens thereon, and the equity in the respective collateral, as stated in the Motion is true and correct and based upon my own personal knowledge.

7. I offer the equity in the collateral as adequate protection of the creditor/lien holder's interests.

8. I offer the generation of replacement collateral, as described in paragraph 4 of the Motion, as adequate protection for the use of cash collateral.

9. The income and expenses listed in the proposed budget(s), as stated in the Motion, are true and correct expenses of the operation of the collateral.

10. I propose to use Cash Collateral pursuant to the budget(s) stated in the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

| 8/18/2014 | **Christopher R. Smith** | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403**

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/25/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Melanie Scott Green**   Melanie.green@usdoj.gov
- **M Jonathan Hayes**   jhayes@srhlawfirm.com
  roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;anastasia@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Gina J Kim**   gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforupcty.com
- **John H Kim**   jkim@cookseylaw.com
- **Matthew D Resnik**   matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **Cassandra J Richey**   cmartin@pralc.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

 **2. SERVED BY UNITED STATES MAIL**: On (*date*)   8/25/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Christopher R. Smith
10155 Toluca Lake Avenue
Toluca Lake, CA  91602**

**AFFECTED SECURED CREDITORS (Served Certified Mail):**

| | |
|---|---|
| **IndyMac Bank/OneWest Bank**<br>**Attn: Bankruptcy Department**<br>**2900 Esperanza Crossing**<br>**Austin, TX 78758** | **US Bank**<br>**Attention: Bankruptcy Dept.**<br>**PO Box 5229**<br>**Cincinnati, OH 45201** |
| **IndyMac Bank/ One West Bank**<br>**(Entity Address/Officer Address)**<br>**Attn: Joseph Otting, CEO**<br>**888 East Walnut Street**<br>**Pasadena, CA 91101**<br>**Los Angeles County** | **US Bank**<br>**(Officer Address)**<br>**Attn: Richard Davis, President**<br>**425 Walnut St.**<br>**Cincinnati, OH 45202**<br>**Hamilton County** |
| **IndyMac Bank/One West Bank**<br>**(Agent for Service of Process)**<br>**CSC Lawyers Incorporating Service**<br>**2730 Gateway Oaks Dr.**<br>**Suite 100**<br>**Sacramento, CA 98533** | **US Bancorp**<br>**(Entity Address)**<br>**111 SW 5th Ave T-2**<br>**Portland, OR 97204**<br><br>**US Bank**<br>**(Agent for service of process)**<br>**C T Corporation System**<br>**818 West Seventh St.**<br>**2nd Floor**<br>**Los Angeles, CA 90017** |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*   Page 11   **F 2081-1.1.MOTION.CASH.COLLATERAL**

**ALL REMAINING CREDITORS:**

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Americredit/GM Financial
Attention: Bankruptcy
PO Box 183583
Arlington, TX 76096

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

CBA Collection Bureau
PO Box 5013
Hayward, CA 94540

Chase
PO Box 24696
Columbus, OH 43224

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lewitt, Hackman, Shapiro, Marshall
& Harlan
16633 Ventura Blvd, 11th Floor
Encino, CA 91436

Marcus, Watanabe & Dave, LLP
1901 Avenue of the Stars, Ste 300
Los Angeles, CA 90067

Meridian Foreclosure Services
4 Hutton Centre, Suite 900
TS #: 23545CA]
Santa Ana, CA 92707

P F F Bank & Trust
c/o FDIC as Receiver
1601 Bryan Street
Dallas, TX 75201

Pinnacle Credit Service
Attn: Bankruptcy
PO Box 640
Hopkins, MN 55343

Providence Saint Joseph Med Ctr
P.O. Box 30027
Los Angeles, CA 90030-0027

Becket and Lee LLP
POB 3001
Malvern, PA 19355

Five Lakes Agency, Inc.
JP Morgan Chase Bank
PO Box 80730
Rochester, MI 48308

ACAR Leasing LTD
dba GM Financial Leaasing
PO Box 183853
Arlington, TX 76096

**REMOVED CREDITORS/RETURNED MAIL:**

~~PFF Bank & Trust~~
~~P.O. Box 2729~~
~~Rancho Cucamonga, CA 91729-2729~~

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                            Page 12       **F 2081-1.1.MOTION.CASH.COLLATERAL**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _8/25/2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(Personal Delivery)**
**Hon. Julia W. Brand**
**US Bankruptcy Court**
**255 E. Temple Street, Suite 1382**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/25/2014 | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 13       **F 2081-1.1.MOTION.CASH.COLLATERAL**