M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:**  (818) 783-6251
**Facsimile:**  (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Christopher R. Smith

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| In re | Case No. 2:14-bk-19737-WB |
|---|---|
| CHRISTOPHER R. SMITH, | Chapter 11 |
| Debtor. | **DEBTOR'S PRELIMINARY STATUS REPORT** |
| | Date:  September 11, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 1375<br>　　　　Roybal Federal Building<br>　　　　255 East Temple Street<br>　　　　Los Angeles, CA 90012 |

Christopher R. Smith, Debtor in the above-entitled Chapter 11 proceeding (hereinafter the "Debtor"), hereby provides his Preliminary Status Report, as ordered by the Court:

**a.** **A brief description of the Debtor's businesses and operations, if any, and the principal assets and liabilities of the estate.**

The Debtor is an individual who works in sales and TV distribution for NBC Universal. The Debtor owns the following real properties:

| **Property Address:** | **Fair Market Value:** $950,000 (Motion to Value will |
|---|---|
| 4130 W Toluca Lake Avenue | be filed shortly) |

| | |
|---|---|
| Burbank, CA 91505 (4 units) | **1st Trust Deed:** IndyMac Bank/OneWest Bank $1,057,062 |
| | **2nd Trust Deed:** U.S. Bank $59,168 |
| **Property Address:** 10155 Toluca Lake Avenue Toluca Lake, CA 91602 (SFR) | **Fair Market Value:** $1,550,000 (Motion to Value will be filed shortly) |
| | **1st Trust Deed:** Chase Bank $1,620,758 |
| | **2nd Trust Deed:** Chase Bank $148,614 (per POC) |

The Debtor also owns various household goods, furniture, clothing, a pension and 401K; all assets appear to be exempt. The Debtor owes approximately $80,000 in priority taxes (based on the IRS and FTB POC) and approximately $245,000 in general unsecured debts. Debtor believes that the priority debts will decrease greatly once he files his 2013 tax return (on extension). In addition, many of the general unsecured debts on Schedule F are listed as "disputed," as the Debtor believes that they are either outside the state status of limitations or simply disputed in their entirely, as in the case of the $159,000 potential "Watts" claim by Debtor's "ex-wife" (dissolution action pending) and $59,000 for her attorney's fees in the divorce.

### b. What precipitated the filing of this case?

The Debtor's case was originally filed as a Chapter 13 on May 19, 2014, to stop a foreclosure on Debtor's rental property located at 4130 Toluca. Debtor was informed that the sale had been continued but that information was incorrect and he filed this case minutes before the foreclosure sale. After Debtor was able to gather additional information, he discovered that his debts exceeded the limits of §109(e), and so he filed a Motion to Convert from Chapter 13 to 11, which was granted on July 2, 2014.

///
///
///
///

**c.    What does the Debtor hope to accomplish in this case? What are the principal disputes or problems likely to be encountered during the course of the Debtor's reorganization efforts? How does the Debtor recommend that these disputes be resolved and why?**

The Debtor's income derived from his rental properties and his regular employment income are sufficient to propose a plan to permit him to save both properties, pay all priority tax claims in full, and pay his unsecured creditors as much as he can afford, and at least the value of his nonexempt assets.

Debtor intends on filing motions to value both of his real properties shortly and once valuation is established, file his plan of reorganization. Debtor obtained a loan modification from the first priority lienholder on the 10155 Toluca property and his plan will seek to cure the arrears on the modified loan over five (5) years, and strip the second trust deed entirely based on the current value.  Debtor will seek to pay the first priority lienholder on the 4130 Toluca property the value of the property with reasonable interest over a reasonable amount of time, and strip the second trust deed entirely (based on the current value).

**d.    Has the Debtor complied with all of his duties under 11 U.S.C. §§ 521, 1106, 1107, F.R.B.P. 1007 and all applicable guidelines of the Offices of the United States Trustee?**

Debtor believes that he is in substantial compliance with the requirements of the U.S. Trustee's Office.

**e.    Do any parties claim an interest in cash collateral of the Debtor? If the Debtor is using cash that any party claims as its cash collateral, and if so, on what date did the Debtor obtain an order authorizing the use of such cash or the consent of the party?**

The Debtor believes that the lienholders on the 4130 Toluca property have an interest in cash collateral (the other property is currently vacant, see Section F below). The

1  Debtor filed his NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11
2  CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11
3  U.S.C. § 363] on August 25, 2014; the Motion will be heard on September 25, 2014.

4      **f.**     **Identity of all professionals retained or to be retained by the estate, the**
5  **dates on which applications for the employment of such professionals were filed or**
6  **submitted to the United States Trustee, the dates on which orders were entered**
7  **regarding such applications (if any), a general description of the services to be**
8  **rendered by each professional, and an estimate of the expected amount of**
9  **compensation for each professional.**

10      The Debtor filed his NOTICE OF MOTION AND MOTION IN INDIVIDUAL
11  CHAPTER 11 CASE FOR ORDER EMPLOYING PROFESSIONAL [LBR 2014-1] on
12  July 15, 2014, seeking to employ M. Jonathan Hayes of Simon Resnik Hayes LLP as his
13  General Bankruptcy Counsel; the Application was granted on August 19, 2014. Fees for
14  Debtor's counsel will likely total approximately $25,000.

15      Summary of *estimated* fees by SIMON RESNIK HAYES LLP:
16  - Case Administration: $5,000.
17  - 11 U.S.C. §341(a) Meeting: $1,000
18  - Employment and Fee Applications: $2,000
19  - General Creditor Issues: $4,000
20  - Cash Collateral: $3,000
21  - Disclosure Statement, Plan, Postconfirmation: $10,000

22      The Debtor is currently looking to retain a real estate broker to help him find a
23  tenant for the 10155 Toluca property and will file an employment application once the
24  broker is retained.

25      The Debtor does not anticipate employing any other professionals.
26  ///
27  ///
28

    **g.**     **<u>In operating cases, evidence regarding projected income, expenses, and cash flow for the first six months of the case.</u>**

Not applicable.

    **h.**     **<u>Proposed deadlines for the filing of claims and objections to claims.</u>**

The Debtor suggests December 1, 2014 as the claims bar date, and January 5, 2015 as the last day by which objections to claims may be filed.

    **i.**     **<u>A proposed deadline for the filing of a disclosure statement and plan.</u>**

Debtor proposes the deadline of January 9, 2015 to file his disclosure statement and plan.

    **j.**     **<u>A discussion of the unexpired leases and executory contracts to which the Debtor is a party, and the Debtor's intentions and a proposed timetable for addressing such leases and contracts.</u>**

The Debtor currently has three (3) tenants at the 4130 Toluca property, all month-to-month tenancies. The Debtor leases a 2012 Chevrolet Equinox (Motion for Relief filed recently; APO to be filed shortly) and intends on assuming that obligation. The Debtor does not believe he has any other unexpired leases or executory contracts.

Dated: August 26, 2014                                                 **SIMON RESNIK HAYES LLP**

                                                            **By:**       **/s/ Roksana D. Moradi**
                                                                           **M. Jonathan Hayes**
                                                                           **Matthew D. Resnik**
                                                                           **Roksana D. Moradi**
                                                                           *Attorneys for Debtor*
                                                                           Christopher R. Smith

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **DEBTOR'S PRELIMINARY STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/26/2014** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **Melanie Scott Green**   Melanie.green@usdoj.gov
- **M Jonathan Hayes**   jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;anastasia@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Gina J Kim**   gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforupcty.com
- **John H Kim**   jkim@cookseylaw.com
- **Matthew D Resnik**   matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **Cassandra J Richey**   cmartin@pralc.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **8/26/2014** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Hon. Julia W. Brand**
**US Bankruptcy Court**
**255 E. Temple Street, Suite 1382**
**Los Angeles, CA 90012**

**Christopher R. Smith**
**10155 Toluca Lake Avenue**
**Toluca Lake, CA  91602**

*ALL CREDITORS:*

**American Express**
**PO Box 3001**
**16 General Warren Blvd**
**Malvern, PA 19355**

**Capital 1 Bank**
**Attn: Bankruptcy Dept.**
**PO Box 30285**
**Salt Lake City, UT 84130**

**Americredit/GM Financial**
**Attention: Bankruptcy**
**PO Box 183583**
**Arlington, TX 76096**

**CBA Collection Bureau**
**PO Box 5013**
**Hayward, CA 94540**

| | |
|---|---|
| **Chase**<br>PO Box 24696<br>Columbus, OH 43224 | **P F F Bank & Trust**<br>c/o FDIC as Receiver<br>1601 Bryan Street<br>Dallas, TX 75201 |
| **Franchise Tax Board**<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | **Pinnacle Credit Service**<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 |
| **IndyMac Bank/OneWest Bank**<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | **Providence Saint Joseph Med Ctr**<br>P.O. Box 30027<br>Los Angeles, CA 90030-0027 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **US Bank**<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| **Lewitt, Hackman, Shapiro, Marshall & Harlan**<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | **Becket and Lee LLP**<br>POB 3001<br>Malvern, PA 19355 |
| **Marcus, Watanabe & Dave, LLP**<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | **Five Lakes Agency, Inc.**<br>**JP Morgan Chase Bank**<br>PO Box 80730<br>Rochester, MI 48308 |
| **Meridian Foreclosure Services**<br>4 Hutton Centre, Suite 900<br>TS #: 23545CA]<br>Santa Ana, CA 92707 | **ACAR Leasing LTD**<br>dba GM Financial Leaasing<br>PO Box 183853<br>Arlington, TX 76096 |

*REMOVED CREDITORS/RETURNED MAIL:*

**PFF Bank & Trust**
P.O. Box 2729
Rancho Cucamonga, CA 91729-2729

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **8/26/2014** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **8/26/2014** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

SIMON RESNIK HAYES LLP

7
DEBTOR'S STATUS REPORT