M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
Carolyn M. Afari (Bar No. 283681)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com
carolyn@SRHLawFirm.com

☐ *Individual appearing without attorney*
☒ *Attorney for*: Debtor

FOR COURT USE ONLY

**FILED & ENTERED**

**OCT 02 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:



CHRISTOPHER R. SMITH,









Debtor(s).

CASE NO.: 2:14-bk-19737-WB

CHAPTER: 11

**ORDER RE: NOTICE OF MOTION AND
MOTION IN INDIVIDUAL CHAPTER 11 CASE
FOR ORDER AUTHORIZING INTERIM USE OF
CASH COLLATERAL [11 U.S.C. § 363]**

Date:       September 25, 2014
Time:       10:00 AM
Place:      Courtroom 1375
            United States Bankruptcy Court
            255 East Temple Street
            Los Angeles, CA 90012

**Affected Lien Holders:**

IndyMac Bank/OneWest and U.S. Bank

The court has considered **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL [11 U.S.C. § 363]**, docket number (*specify*) 48.

1.    The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2.    Appearances are stated in the court record.

3.    The Motion affects the following Collateral:    ☒ Real Property    ☐ Personal Property

      *Street address*: 4130 – 4132 ½ W. Toluca Lake Ave.
      *Unit/suite no.*:
      *City, state, zip code*: Burbank, CA 91505

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Legal description or document recording number (including county of recording):

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:
TR=8256 LT =16
APN 2485-019-008

☐    See attached continuation page.

4.    Based upon the findings and conclusions made at the hearing, IT IS ORDERED THAT:

5.    The Motion is granted under:    ☐    11 U.S.C. § 363(c)(2)(A)    ☒ 11 U.S.C. § 363(c)(2)(B)

a.  IT IS FURTHER ORDERED THAT:

☐    THIS IS AN INTERIM ORDER, a continued hearing on the further interim use of Cash Collateral shall be held
in the same court on Date: _____, Time: _____.

☐    Any further opposition to the further interim use of Cash Collateral is to be filed with the court and served upon
the Debtor, the United States trustee, the creditor's committee, its counsel, and (if no creditors committee), the
20 largest unsecured creditors by date: _____. If no opposition is filed, any opposition may
be deemed waived.

☐    See attached for any other provisions.

b.  Denied

c.  ☐  Granted in part:

☐  Denied in part:

### 

Date: October 2, 2014

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2013_                         Page 2                    **F 2081-1.1.ORDER.CASH.COLLATERAL**