M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Christopher R. Smith

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:14-bk-19737-WB |
| | Chapter 11 |
| CHRISTOPHER R. SMITH, | **STIPULATION RE PLAN TREATMENT (10155 Toluca Lake Avenue Toluca Lake, CA 91602)** |
| Debtor. | |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

Christopher R. Smith (hereinafter the "Debtor") and Five Lakes Agency, Inc., as agent for, and on behalf of, creditor JPMorgan Chase Bank, NA successor in interest by purchase from the FDIC as Receiver of Washington Mutual Bank, second priority lienholder on the Debtor's real property located at 10155 Toluca Lake Avenue Toluca Lake, CA 91602 (hereinafter collectively referred to as the "parties"), by and through their respective counsel, hereby stipulate and agree as follows:

# RECITALS

A. Debtor commenced his bankruptcy case by filing a voluntary petition under Chapter 13 on May 19, 2014. Debtor thereafter filed his Motion to Convert Case from Chapter 13 to 11, which was granted by Order of the Court on July 2, 2014.

B. Debtor owns a residential real property located at 10155 Toluca Lake Avenue Toluca Lake, CA 91602 (hereinafter the "Subject Property"). Debtor values the property at $1,550,000, based on an appraisal he obtained.

C. JPMorgan Chase Bank, NA holds the first priority deed of trust encumbering the Subject Property and is owed approximately $1,620,758.

D. JPMorgan Chase Bank, NA, successor in interest by purchase from the FDIC as Receiver of Washington Mutual Bank (hereinafter referred to as "Chase Bank"), holds the second priority deed of trust encumbering the Subject Property and is owed approximately $148,614.

# STIPULATION

NOW, THEREFORE, the parties hereby agree as follows:

1. The recitals set forth above are incorporated herein by this reference;

2. Chase Bank's claim shall be allowed as a nonpriority general unsecured claim and shall be paid as such in accordance with the Debtor's Chapter 11 Plan of Reorganization (hereinafter the "Plan");

3. The avoidance and release of Chase Bank's second deed of trust is contingent upon the Debtor's completion of a Plan and receipt of a discharge, at which time the order approving the instant Stipulation, with a copy of the Debtor's completion of Chapter 11 Plan, may be recorded by the Debtor with the County Recorder's Office, which will constitute and effectuate the discharge and release of the mortgage and lien;

4. In the event that the Debtor refinances the loan on the Subject Property, or sells the Subject Property prior to completion of the confirmed Plan and receipt of an order of discharge, the Debtor shall pay the entire balance due to Chase Bank in full at closing;

**SIMON RESNIK HAYES LLP**

2

     5.     In the event that this case is converted or dismissed before completion of the Plan and receipt of a discharge order, Chase Bank shall retain its security interest until the full amount of the claim, as determined under applicable nonbankruptcy law, is paid in full;

     6.     In the event that any entity, including the holder of the first priority lien on the property, forecloses on its security interest and extinguishes Chase Bank's deed of trust prior to the Debtor's completion of a confirmed Plan and receipt of a discharge, Chase Bank's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the subject loan balance at the time of the sale;

     7.     In the event that the property is destroyed or damaged, pursuant to the original loan documents, Chase Bank is entitled to its full rights as a loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the subject loan;

     8.     This Stipulation contains the entire understanding among the parties, supersedes any prior written or oral agreements between them respecting the subject matter contained herein, and all prior negotiations concerning such subject matter are merged into this Stipulation. There are no representations, agreement, arrangements or understandings, oral or written, between the parties relating to the subject matter of this Stipulation which are not fully expressed herein;

     9.     The terms of this Stipulation may not be modified, altered, or changed by the Plan, any confirmation order thereon, any subsequently filed amended Plan and confirmation order thereon without the express written consent of Chase Bank;

     10.     The terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed amended Plan. In the event of a conflict between the terms of this Stipulation and the terms of Debtor's Plan, any amendments or modifications thereto, or any confirmation order thereon, the terms of this Stipulation shall control;

     11.     This Stipulation may be executed in any number of identical counterparts, each of which together shall be deemed to be an original, and all of which together shall be

deemed to be one and the same instrument when each party has signed one such instrument;

12. Facsimile or electronic mail signature to this Stipulation shall be sufficient to bind the party, and will have the same force and effect as an original; and

13. In exchange for the forgoing, this Stipulation shall constitute a ballot voting in favor of the Debtor's Plan.

Dated: September 19, 2014

**SIMON RESNIK HAYES LLP**

By: /s/ Roksana D. Moradi
M. Jonathan Hayes
Matthew D. Resnik
Roksana D. Moradi
*Attorneys for Debtor*
Christopher R. Smith

Dated: 9/19/14

By: [signature]
**Kelly Schellig**
Five Lakes Agency, Inc.
*Agents for Creditor*
JPMorgan Chase Bank, NA
successor in interest by purchase
from the FDIC as Receiver of
Washington Mutual Bank

SIMON RESNIK
HAYES LLP

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION RE PLAN TREATMENT (10155 Toluca Lake Avenue Toluca Lake, CA 91602)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/3/2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Melanie Scott Green**    Melanie.green@usdoj.gov
- **M Jonathan Hayes**    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;anastasia@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com
- **Gina J Kim**    gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforupcty.com
- **John H Kim**    jkim@cookseylaw.com
- **Matthew D Resnik**    matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **Cassandra J Richey**    cmartin@pralc.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **10/3/2014,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Hon. Julia W. Brand**
**US Bankruptcy Court**
**255 E. Temple Street, Suite 1382**
**Los Angeles, CA 90012**

**Christopher R. Smith**
**10155 Toluca Lake Avenue**
**Toluca Lake, CA  91602**

**ALL CREDITORS:**

**American Express**
**PO Box 3001**
**16 General Warren Blvd**
**Malvern, PA 19355**

**Americredit/GM Financial**
**Attention: Bankruptcy**
**PO Box 183583**
**Arlington, TX 76096**

**Capital 1 Bank**
**Attn: Bankruptcy Dept.**
**PO Box 30285**
**Salt Lake City, UT 84130**

**CBA Collection Bureau**
**PO Box 5013**
**Hayward, CA 94540**

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 2081-1.1.MOTION.CASH.COLLATERAL**

| | |
|---|---|
| **Chase**<br>PO Box 24696<br>Columbus, OH 43224 | **Pinnacle Credit Service**<br>Attn: Bankruptcy<br>PO Box 640<br>Hopkins, MN 55343 |
| **Franchise Tax Board**<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | **Providence Saint Joseph Med Ctr**<br>P.O. Box 30027<br>Los Angeles, CA 90030-0027 |
| **IndyMac Bank/OneWest Bank**<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | **US Bank**<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **Becket and Lee LLP**<br>POB 3001<br>Malvern, PA 19355 |
| **Lewitt, Hackman, Shapiro, Marshall & Harlan**<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | **Five Lakes Agency, Inc.**<br>JP Morgan Chase Bank<br>PO Box 80730<br>Rochester, MI 48308 |
| **Marcus, Watanabe & Dave, LLP**<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | **ACAR Leasing LTD**<br>dba GM Financial Leaasing<br>PO Box 183853<br>Arlington, TX 76096 |
| **Meridian Foreclosure Services**<br>4 Hutton Centre, Suite 900<br>TS #: 23545CA]<br>Santa Ana, CA 92707 | **OneWest Bank, FSB**<br>PO Box 829009<br>Dallas, TX 75382 |
| **P F F Bank & Trust**<br>c/o FDIC as Receiver<br>1601 Bryan Street<br>Dallas, TX 75201 | **REMOVED CREDITORS/RETURNED MAIL:**<br><br>~~PFF Bank & Trust~~<br>~~P.O. Box 2729~~<br>~~Rancho Cucamonga, CA 91729-2729~~ |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/3/2014 | **Ja'Nita Fisher** | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 2081-1.1.MOTION.CASH.COLLATERAL**