M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 783-6253
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Christopher Smith

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CHRISTOPHER SMITH,<br><br>Debtor. | Case No. 2:14-bk-19737-WB<br><br>Chapter 11<br><br>**DEBTOR'S REPLY TO ONEWEST BANK N.A.'S OPPOSITION TO MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL (4130-4132 ½ TOLUCA LAKE AVE., BURBANK, CA 91505)**<br><br>Date:  December 11, 2014<br>Time:  10:00 a.m.<br>Ctrm:  1375<br>      U.S. Bankruptcy Court<br>      255 E. Temple Street<br>      Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; ONEWEST BANK N.A. AND ITS ATTORNEYS OF RECORDS; AND TO ALL OTHER INTERESTED PARTIES:**

Christopher Smith (hereinafter "the Debtor"), Debtor in the above-referenced Chapter 11 case, hereby submits his reply to OneWest Bank N.A.'s (hereinafter

1

"OneWest") Opposition (Docket No. 79) to Debtor's Motion for Order Determining Secured Value (hereinafter the "Motion to Value")[Docket No. 70], as follows:

Debtor owns a real property located at 4130-4132 ½ Toluca Lake Avenue, Burbank, California 91505 (hereinafter the "Subject Property"), which is a four (4) unit property. Debtor lives in one of the units. OneWest holds a first priority lien on the Subject Property.

OneWest raised several issues in its Opposition that are irrelevant for the purpose of the Debtor's Motion to Value. *<u>The Motion does not seek any relief with respect to the mortgages and/or liens</u>*. **The request is limited to a simple valuation of the Subject Property**.

OneWest Bank argues that "*Debtor may not modify the lien on his primary residence without OneWest's consent.*" *Opp'n* at 3:1-5. OneWest Bank argues its position by citing several statutes, and case law including *Nobelman v. American Savings Bank*, and Ninth Circuit Bankruptcy Appellate Panel's decision in *Wages v. J.P. Morgan Chase Bank, N.A. (In re Wages)*. *Opp'n* at 3:14-25. Again, the Motion **does not** seek a ruling as to whether or not the Debtor may modify the lien; the request is limited to a simple valuation of the Subject Property. OneWest appears to be prematurely arguing issues that would be more appropriate at plan confirmation.

To that end, OneWest argues that Debtor's Motion to Value "attempts to modify the terms of the Secured Creditor's claim." *Opp'n* at 3:4. At no time in Debtor's Motion does he attempt to modify the terms of OneWest's claim. The preprinted form itself is called: "Motion for Order Determining Value of Collateral". See *Motion* at 3. Nothing more, nothing less.

Finally, OneWest states that it has obtained an appraisal that valued the Subject Property at $1,050,000, but that OneWest has not had the opportunity to authenticate the appraisal by declaration. OneWest seeks additional time to authenticate the appraisal by declaration. Debtor is amenable to allow OneWest thirty (30) days to accomplish this.

2

Debtor respectfully declines to address the remaining issues raised in the Opposition at this time, but does reserve all his rights to object to the issues raised at the appropriate time, such as at the plan confirmation.

WHEREFORE, the Debtor respectfully requests that the Court continue the hearing on the Motion to Value for approximately forty-five (45) days so that OneWest can authenticate its appraisal, and file with the Court with enough time for Debtor to review and respond.

**Dated: December 3, 2014**                               **SIMON RESNIK HAYES LLP**

                                       **By:**   **/s/ Roksana D. Moradi**
                                               **M. Jonathan Hayes**
                                               **Matthew D. Resnik**
                                               **Roksana D. Moradi**
                                               *Attorneys for Debtor*
                                               Christopher Smith

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

The foregoing document described as **DEBTOR'S REPLY TO ONEWEST BANK N.A.'S OPPOSITION TO MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL (4130-4132 ½ TOLUCA LAKE AVE., BURBANK, CA 91505)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/3/2014** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

- **Melanie Scott Green    Melanie.green@usdoj.gov**
- **M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com**
- **Gina J Kim    gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforuptcy.com**
- **John H Kim    jkim@cookseylaw.com**
- **Bonni S Mantovani    cmartin@pralc.com**
- **Matthew D Resnik    matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com**
- **Cassandra J Richey    cmartin@pralc.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **12/3/2014** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**Hon. Julia W. Brand**
**US Bankruptcy Court**
**255 E. Temple Street, Suite 1382**
**Los Angeles, CA 90012**

**Christopher R. Smith**
**10155 Toluca Lake Avenue**
**Toluca Lake, CA  91602**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5

and/or controlling LBR, on **12/3/2014** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **12/3/2014** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|