M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
**SIMON RESNIK HAYES LLP**
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
**Telephone:**  (818) 783-6251
**Facsimile:**  (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Christopher Smith

FILED & ENTERED

DEC 22 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bryant    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CHRISTOPHER SMITH,<br><br>Debtor. | Case No. 2:14-bk-19737-WB<br><br>Chapter 11<br><br>**ORDER ON MOTION FOR ORDER DETERMINING SECURED VALUE OF COLLATERAL [10155 Toluca Lake Ave., Toluca Lake, CA 91602]**<br><br>Date:  December 11, 2014<br>Time:  10:00 a.m.<br>Ctrm:  1375<br>  U.S. Bankruptcy Court<br>  255 E. Temple Street<br>  Los Angeles, CA 90012 |

A hearing took place at the above time and place to consider Debtor Christopher Smith's (hereinafter the "Debtor") MOTION FOR ORDER DETERMINING SECURED VALUE OF COLLATERAL [Docket No. 70] (hereinafter the "Motion").  Appearances are noted in the record.

The Court having read and considered the Debtor's Motion, there being adequate notice of the Motion and no objections thereto, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Court determines the value of the real property located at 10155 Toluca Lake Ave., Toluca Lake, CA 91602 (Legal Description:  TRACT NO 8064 LOT 12; APN 2424-024-009) to be $1,550,000; and

2. The balance of the relief requested in the Motion is denied without prejudice.

###

Date: December 22, 2014

Julia W. Brand
United States Bankruptcy Judge