PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
JOSEPH GARIBYAN, ESQUIRE #271833
BONNI S. MANTOVANI, ESQUIRE #106353
ANNA LANDA, ESQUIRE #276607
HALIE L. LEONARD, ESQUIRE #265111
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Attorneys for OneWest Bank N.A.
fka OneWest Bank, FSB
O.027-091

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk. No. 2:14-bk-19737-WB |
| Christopher Smith, | CHAPTER 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF APPRAISER IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL** |
| | Hearing:<br>Date: February 12, 2015<br>Time:.10:00 A.M.<br>Place: U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA<br>Courtroom: 1375<br>Floor: 13th |

I,  Frank Lozano                         , declare and state as follows:

1.    I am over 18 years of age and a citizen of the United States of America.  I make this declaration based upon the facts testified herein, all of which are within my personal knowledge.  If called upon as a witness, I could and would testify competently thereto.

2.    I am a real estate appraiser licensed in the State of California.

3.    I have been an actively engaged appraiser since December 2003 and have satisfied all the training and education requirements for a real estate broker license of the State of California.  I am familiar with the market values in the area surrounding the subject Property identified below.

4.    This Declaration further serves as an affidavit stating that I (as the person who has prepared this opinion of value) attest that I have no interest in this property whatsoever. I am not a broker or selling agent under a listing agreement for this subject property and do not anticipate acting as the broker or listing agent for the Movant or the real party in interest.

5.    On or about December 18, 2014, I prepared an Appraisal and value analysis of real property located at 4130 - 4132 1/2 Toluca Lake Avenue, Burbank, California (the "Property"), for the purpose of arriving at an opinion of value.  True and correct copies of the Appraisal, my resume and the opinion of value analysis report (the "report") I prepared, which substantiates the methods used to arrive at the estimated market value, are attached hereto to **Exhibit "A"** and incorporated herein by this reference.

6.    As more particularly described in the attached report, I based my opinion of value of the property upon the market comparable analysis.  The reported analysis, opinions and conclusions are limited only by their reported assumptions and the limiting conditions set forth in

the report.  As a result of the valuation and an analysis of relevant data, in my opinion, as of

Dec 18, 204, the estimated market value of the subject property was $ 1,125,000.

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct. Executed this __18th__ day of __Dec__, 2014 at

Los Angeles, California.

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF APPRAISER IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/25/14, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  12/31/2014         , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/31/2014  Tina Gaboyan | /s/ Tina Gaboyan |
|---|---|
| *Date*          *Printed Name* | *Signature* |

4

**2:**        **SERVED BY U.S. MAIL**

Honorable Julia W. Brand
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012-3332
JUDGE'S COPY

Christopher Smith
4130 W Toluca Lake Ave
Burbank, CA 91505
Debtor

M. Jonathan Hayes, Esquire
Simon Resnik Hayes LLP
15233 Ventura Blvd. Ste 250
Sherman Oaks, CA 91403
Attorney for Debtor

Melanie Scott Green, Esquire
Office of the United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017
Attorney for Trustee

U.S. Bancorp                    (served by certified mail) (12/31/2014)
U.S. Bank Home Mortgage
The Office of the Corporate Secretary
BC-MN-H21O
800 Nicollet Mall
Minneapolis, MN 55402-4302
Attn: Richard K. Davis, CEO
Jr. Lienholder

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRIONIC ECF FILING (NEF)

ATTORNEY FOR US TRUSTEE: Melanie Scott Green Melanie.green@usdoj.gov
ATTORNEY FOR DEBTOR: M Jonathan Hayes jhayes@srhlawfirm.com,roksana@srhlawfirm.com;
carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;sevan@srhlawfirm.com
jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;
ATTORNEY FOR INTERESTED PARTY: Gina J Kim gjkim@piteduncan.com,GJK@ecf.inforupcty.com
ecfcacb@piteduncan.com
ATTORNEY FOR INTERESTED PARTY: John H Kim jkim@cookseylaw.com
ATTORNEY FOR DEBTOR: Matthew D. Resnik matt@srhlawfirm.com,mattecf@gmail.com;
renee@srhlawfirm.com
ATTORNEY FOR MOVANT: Cassandra J Richey cmartin@pralc.com
OFFICE OF THE U.S. TRUSTEE'S OFFICE: United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

# EXHIBIT A

# Small Residential Income Property Appraisal Report

File No. **REDACTED**

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | City BURBANK  State CA  Zip Code 91505 |
| Borrower CHRISTOPHER SMITH | Owner of Public Record CHRISTOPHER R  SMITH  County LOS ANGELES |
| Legal Description TRACT NO 8256 LOT 16 | |

Assessor's Parcel # 2485-019-008   Tax Year 2014   R.E. Taxes $ 7,959.00

Neighborhood Name "TOLUCA LAKE" AREA   Map Reference 563-D5   Census Tract 3116.00

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ 0.00   [ ] PUD   HOA $ 0.00 [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) SERVICING

Lender/Client ONE WEST BANK-DIRECT   Address 2900 ESPERANZA CROSSING 3RD FLOOR, AUSTIN, TX 78758

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).  PER THEMLS.COM, THE SUBJECT HAS NOT BEEN LISTED IN THE PAST 12 MONTHS.

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

_____

Contract Price $ _____  Date of Contract _____  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.  _____

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE  AGE | | One-Unit | 85 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000)  (yrs) | | 2-4 Unit | 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 780 Low  48 | | Multi-Family | 5 % |

Neighborhood Boundaries  RIVERSIDE DR TO THE NORTH, N PASS AVE TO THE EAST, LOS   1,300 High  78   Commercial  5 %

ANGELES RIVER TO THE SOUTH, CLYBOURN AVE TO THE WEST   1,125 Pred.  72   Other   %

Neighborhood Description  SEE ATTACHED ADDENDUM

Market Conditions (including support for the above conclusions)  SEE ATTACHED ADDENDUM

## SITE

Dimensions 50' X 125' X 50' X 125'   Area 6250 SQFT   Shape RECTANGULAR   View RESIDENTIAL

Specific Zoning Classification BUR4   Zoning Description QUADRUPLEX

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of the subject property as improved, or as proposed per plans and specifications, the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street ASPHALT | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone X   FEMA Map # 0650288144H   FEMA Map Date 06/28/2008

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units [ ] Two [ ] Three [X] Four | [ ] Concrete Slab [X] Crawl Space | Foundation Walls CONCRETE/AVG | Floors WoodTileCrpt/Avg |
| [ ] Accessory Unit (describe below) | [ ] Full Basement [ ] Partial Basement | Exterior Walls STUCCO/AVG | Walls DRYWALL/AVG |
| # of Stories 2  # of bldgs. 1 | Basement Area 0 sq. ft. | Roof Surface CompShingle/AVG | Trim/Finish WOOD/AVG |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Finish 0 % | Gutters & Downspouts ALUM/AVG | Bath Floor TILE/AVG |
| [X] Existing [ ] Proposed [ ] Under Const. | [X] Outside Entry/Exit [ ] Sump Pump | Window Type VinylWd/AVG | Bath Wainscot TILE/AVG |
| Design (Style) Traditional | Evidence of [ ] Infestation | Storm Sash/Insulated INSULATED/AVG | Car Storage |
| Year Built 1944 | [ ] Dampness [ ] Settlement | Screens VINYL/AVG | [ ] None |
| Effective Age (Yrs) 30 | Heating/Cooling | Amenities | [X] Driveway  # of Cars 4 |
| Attic [ ] None | [X] FWA [ ] HWBB [ ] Radiant | Fireplace(s) # 0 [ ] WoodStove(s) #0 | Driveway Surface CONCRETE |
| [ ] Drop Stair [ ] Stairs | [ ] Other  Fuel GAS | [X] Patio/Deck OPEN [X] Fence WOOD | [X] Garage  # of Cars 4 |
| [ ] Floor [X] Scuttle | [ ] Central Air Conditioning | Pool NONE [X] Porch OPEN | [ ] Carport  # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [X] Other W.UNIT | Other NONE | [ ] Att. [X] Det. [ ] Built-in |

| # of Appliances Refrigerator 0 | Range/Oven 4 | Dishwasher 0 | Disposal 4 | Microwave 0 | Washer/Dryer 0 | Other (describe) 0 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Unit # 1 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s)  816 Square feet of Gross Living Area |
| Unit # 2 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s)  816 Square feet of Gross Living Area |
| Unit # 3 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s)  816 Square feet of Gross Living Area |
| Unit # 4 contains: | 4 Rooms | 2 Bedroom(s) | 1 Bath(s)  816 Square feet of Gross Living Area |

Additional features (special energy efficient items, etc.).  NONE NOTED

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  THE OVERALL CURRENT CONDITION OF THE IMPROVEMENTS IS CONSIDERED AVERAGE.  THE QUALITY OF CONSTRUCTION OF THE SUBJECT IS CONSIDERED AVERAGE.  IN THE OPINION OF THE APPRAISER, NO PHYSICAL OR FUNCTIONAL INADEQUACIES NOR DEFERRED MAINTENANCE WERE EVIDENT.  THERE ARE NO EXTERNAL INFLUENCES AFFECTING THE SUBJECT AT THIS TIME.  THE SUBJECT APPEARS WELL MAINTAINED AND STRUCTURALLY SOUND.

## Small Residential Income Property Appraisal Report

File No. **REDACTED**

### IMPROVEMENTS

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Is the property subject to rent control? ☐ Yes ☒ No If Yes, describe

### COMPARABLE RENTAL DATA

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL NO. 1 | COMPARABLE RENTAL NO. 2 | COMPARABLE RENTAL NO. 3 |
|---|---|---|---|---|
| Address | 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE BURBANK, CA 91505 | 4135 W TOLUCA LAKE AVE BURBANK, CA 91505 | 4118 W TOLUCA LAKE AVE BURBANK, CA 91505 | 4134 W TOLUCA LAKE AVE BURBANK, CA 91505 |
| Proximity to Subject | | 0.03 miles NW | 0.03 miles NE | 0.01 miles SW |
| Current Monthly Rent | $ 4,350 | $ 6,725 | $ 6,700 | $ 6,700 |
| Rent/Gross Bldg. Area | $ 1.33 sq. ft. | $ 2.06 sq. ft. | $ 2.05 sq. ft. | $ 2.05 sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | CURRENT OWNER | THEMLS.COM/ REALQUEST | THEMLS.COM/ REALQUEST | THEMLS.COM/ REALQUEST |
| Date of Lease(s) | MONTH TO MONTH | MONTH TO MONTH | MONTH TO MONTH | MONTH TO MONTH |
| Location | Suburban | SUBURBAN | SUBURBAN | SUBURBAN |
| Actual Age | 70 | 70 | 70 | 70 |
| Condition | AVERAGE | AVERAGE | AVERAGE | AVERAGE |
| Gross Building Area | 3,264 | 3,264 | 3,264 | 3,264 |

Unit Breakdown:

| Unit | Subject Tot/Br/Ba | Sq.Ft. | Monthly Rent | C1 Tot/Br/Ba | Sq.Ft. | Monthly Rent | C2 Tot/Br/Ba | Sq.Ft. | Monthly Rent | C3 Tot/Br/Ba | Sq.Ft. | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit #1 | 4 2 1 | 816 | | 4 2 1 | 816 | $ 1,700 | 4 2 1 | 816 | $ 1,650 | 4 2 1 | 816 | $ 1,675 |
| Unit #2 | 4 2 1 | 816 | | 4 2 1 | 816 | $ 1,650 | 4 2 1 | 816 | $ 1,700 | 4 2 1 | 816 | $ 1,675 |
| Unit #3 | 4 2 1 | 816 | | 4 2 1 | 816 | $ 1,725 | 4 2 1 | 816 | $ 1,650 | 4 2 1 | 816 | $ 1,650 |
| Unit #4 | 4 2 1 | 816 | | 4 2 1 | 816 | $ 1,650 | 4 2 1 | 816 | $ 1,700 | 4 2 1 | 816 | $ 1,700 |
| Utilities Included | WATER TRASH SEWER | | | WATER TRASH SEWER | | | WATER TRASH SEWER | | | WATER TRASH SEWER | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)
See Attached Addendum

### SUBJECT RENT SCHEDULE

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| Unit # | Lease Begin Date | Lease End Date | Actual Per Unit Unfurnished | Actual Per Unit Furnished | Actual Total Rents | Market Per Unit Unfurnished | Market Per Unit Furnished | Market Total Rents |
|---|---|---|---|---|---|---|---|---|
| 1 | Owner Occ | Owner Occ | $ 0 | $ | $ 0 | $ 1,675 | $ | $ 1,675 |
| 2 | Monthly | Monthly | 1,450 | | 1,450 | 1,675 | | 1,675 |
| 3 | Monthly | Monthly | 1,400 | | 1,400 | 1,675 | | 1,675 |
| 4 | Monthly | Monthly | 1,500 | | 1,500 | 1,675 | | 1,675 |

Comment on lease data SUBJECT'S RENTED UNITS ARE RENTED ON A MONTH TO MONTH BASIS.

Total Actual Monthly Rent $ 4,350   Total Gross Monthly Rent $ 6,700
Other Monthly Income (Itemize) $   Other Monthly Income (Itemize) $ 0
Total Actual Monthly Income $ 4,350   Total Estimated Monthly Income $ 6,700

Utilities included in estimated rents ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual or estimated rents and other monthly income (including personal property) THE ESTIMATED RENTS ARE BASED ON THE CURRENT NEIGHBORHOOD RENTAL MARKET. THE MAJORITY OF RENTAL UNITS ARE TYPICALLY RENTED ON A MONTH TO MONTH BASIS, AND INCLUDE WATER, SEWER, AND TRASH COLLECTION. THE TENANTS PAY ALL OTHER UTILITIES.

### PRIOR SALE HISTORY

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) THEMLS.COM / REALQUEST DATA
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) THEMLS.COM / REALQUEST DATA

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | NO PRIOR SALES | NO PRIOR SALES | NO PRIOR SALES | NO PRIOR SALES |
| Price of Prior Sale/Transfer | $0 | $0 | $0 | $0 |
| Data Source(s) | REALQUEST DATA | REALQUEST DATA | REALQUEST DATA | REALQUEST DATA |
| Effective Date of Data Source(s) | 12/19/2014 | 12/19/2014 | 12/19/2014 | 12/19/2014 |

Analysis of prior sale history for the subject property and comparable sales PER PUBLIC RECORDS, THE SUBJECT PROPERTY HAS NOT SOLD IN THE PAST THREE YEARS.  PER PUBLIC RECORDS, NONE OF THE COMPARABLE SALES UTILIZED HAVE SOLD IN THE YEAR PRIOR TO THEIR MOST RECENT SALE.

## Small Residential Income Property Appraisal Report

File No.  REDACTED

There are  0  comparable properties currently offered for sale in the subject neighborhood ranging in price from $  0  to $  0  .

There are  0  comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $  0  to $  0  .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Address | 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE  BURBANK, CA 91505 | 2912 W RIVERSIDE DR  BURBANK, CA 91505 | 1221 EAST AVENUE  BURBANK, CA 91504 | 1801 KEELER ST  BURBANK, CA 91504 |
| Proximity to Subject | | 0.81 miles NE | 3.32 miles NE | 3.35 miles NE |
| Sale Price | $ | $ 1,000,000 | $ 1,240,000 | $ 1,065,000 |
| Sale Price/Gross Bldg. Area | $ 0.00 sq. ft | $ 341.30 sq. ft | $ 395.41 sq. ft | $ 304.20 sq. ft |
| Gross Monthly Rent | $ 6,700 | $ 5,025 | $ 0 | $ 6,225 |
| Gross Rent Multiplier | | 199.00 | 0.00 | 171.08 |
| Price Per Unit | $ | $ 250,000 | $ 310,000 | $ 266,250 |
| Price Per Room | $ | $ 83,333 | $ 77,500 | $ 66,563 |
| Price Per Bedroom | $ | $ 250,000 | $ 155,000 | $ 133,125 |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | | THEMLS#BB14175519MR / DOM:28 | THEMLS#314031156IT / DOM:56 | THEMLS# 314030979IT / DOM:91 |
| Verification Source(s) | | REALQUEST/DOC#1145371 | REALQUEST/DOC#1850230 | REALQUEST/DOC#1271718 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | Armslength | | Armslength | | Armslength | |
| Concessions | | Cash; 0 | | Conv; 0 | | Conv; 0 | |
| Date of Sale/Time | | 10/29/2014 | | 12/05/2014 | | 11/25/2014 | |
| Location | Suburban | Suburban-BsyRd | +50,000 | Suburban-InfNbrhd | +62,000 | Suburban-InfNbrhd | +53,250 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6250 SQFT | 8297 SQFT | -20,470 | 10567 SQFT | -43,170 | 5623 SQFT | |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 70 | 73 | | 70 | | 66 | |
| Condition | AVERAGE | AVERAGE | | GOOD | -62,000 | AVERAGE | |
| Gross Building Area 100.00 | 3,264 | 2,930 | 33,400 | 3,136 | 0 | 3,501 | 0 |

| Unit Breakdown | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | +40,000 | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # 1 | 4 | 2 | 1 | | 3 | 1 | 1 | | 4 | 2 | 1 | | 4 | 2 | 2 | -5,000 |
| Unit # 2 | 4 | 2 | 1 | | 3 | 1 | 1 | | 4 | 2 | 1 | | 4 | 2 | 1 | |
| Unit # 3 | 4 | 2 | 1 | | 3 | 1 | 1 | | 4 | 2 | 1 | | 4 | 2 | 1 | |
| Unit # 4 | 4 | 2 | 1 | | 3 | 1 | 1 | | 4 | 2 | 1 | | 4 | 2 | 1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Basement Description | 0 | 0 | | 0 | | 0 | |
| Basement Finished Rooms | 0 | 0 | | 0 | | 0 | |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FWA W.UNIT | FWA W.UNIT | | FWA W.UNIT | | FWA W.UNIT | |
| Energy Efficient Items | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Parking On/Off Site | 4 Car Garage | 4 Car Garage | | 4 Car Garage | | 3 CARPORTS | +15,000 |
| Porch/Patio/Deck | Patio,Porch | Patio,Porch | | Patio,Porch | | Patio,Porch | |
| | Fence | Fence | | Fence | | Fence | |
| # of Buildings | 1 | 1 | | 1 | | 1 | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 102,930 | ☐ + ☒ - | $ 43,170 | ☒ + ☐ - | $ 63,250 |
| Adjusted Sale Price | | Net Adj. 10.3 % | | Net Adj. -3.5 % | | Net Adj. 5.9 % | |
| of Comparables | | Gross Adj. 14.4 % | $ 1,102,930 | Gross Adj. 13.5 % | $ 1,196,830 | Gross Adj. 6.9 % | $ 1,128,250 |
| Adj. Price Per Unit | | $ 275,733 | | $ 299,208 | | $ 282,063 | |
| Adj. Price Per Room (/Adj. SP Comp / # of Comp Rooms) | | $ 91,911 | | $ 74,802 | | $ 70,516 | |
| Adj. Price Per Bdrm. (Adj. SP Comp / # of Comp Bedrooms) | | $ 275,733 | | $ 149,604 | | $ 141,031 | |
| Value Per Unit | $ 281,250 X | 4 Units = $ 1,125,000 | | Value Per GBA $ 344.67 X | 3,264 GBA = $ 1,125,003 | | |
| Value Per Rm. | $ 70,313 X | 16 Rooms = $ 1,125,008 | | Value Per Bdrms. $ 140,625 X | 8 Bdrms. = $ 1,125,000 | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value.   SEE ATTACHED ADDENDUM

Indicated Value by Sales Comparison Approach $   1,125,000

Total gross monthly rent $   6,700  X gross rent multiplier (GRM)  168.00  = $   1,125,600  Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM   GRM WAS GATHERED FROM MARKET DATA RESEARCH.

Indicated Value by:  Sales Comparison Analysis $ 1,125,000    Income Approach $ 1,125,600    Cost Approach (if developed) $ 1,126,700

SEE ATTACHED ADDENDUM

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  1,125,000 as of  12/19/2014  , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 72  March 2005    Produced using ACI software. 800.234.8727 www.aciweb.com    Fannie Mae Form 1025  March 2005
Page 3 of 7    1025_05.090909

Sterling Appraisals

Small Residential Income Property Appraisal Report        File No.    <span style="color:red">REDACTED</span>

THIS REPORT CONTAINS A DIGITALLY REPRODUCED SIGNATURE, WHICH ARE APPROVED BY FNMA, GNMA AND FHA/HUD CONFIRMED TO USPSP GUIDELINES.  THE APPRAISAL SOFTWARE PROGRAM ALLOWS AN APPRAISER TO ATTACH A DIGITALLY-REPRODUCED SIGNATURE THAT IS PASSWORD PROTECTED AND CANNOT BE ALTERED.

**ADDITIONAL COMMENTS**

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  COST AND DEPRECIATION ESTIMATES WERE DERIVED FROM RESIDENTIAL COST HANDBOOKS.  DEPRECIATION ESTIMATE WAS BASED ON A 75 YEAR TOTAL LIFE AND AN EFFECTIVE AGE OF 30 YEARS. THE ESTIMATED LAND TO VALUE RATIO IS TYPICAL IN THIS MARKET.  LAND VALUE WAS DERIVED VIA THE ABSTRACTION METHOD.  COMPARABLE LAND SALES WERE NOT AVAILABLE.

**COST APPROACH**

| | | |
|---|---|---|
| ☐ ESTIMATED  ☐ REPRODUCTION OR  ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 700,000 |
| Source of cost data  MARSHALL & SWIFT/APPRAISER'S EXPERIENCE/ LOCAL CONTRACTORS | Dwelling        3,264 Sq. Ft. @ $    175.00 . . . . . . . . . . = $ | 571,200 |
| Quality rating from cost service  AVG        Effective date of cost data  01/2014 | Sq. Ft. @ $            . . . . . . . . . . . . = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| THE COST APPROACH IS WEAKENED BY THE LACK OF | Garage/Carport 800        Sq. Ft. @ $    50.00 . . . . . . . . . . = $ | 40,000 |
| RECENT LAND SALES AND THE DIFFICULTY IN ACCURATELY | Total Estimate of Cost-New            . . . . . . . . . . . . . = $ | 611,200 |
| MEASURING DEPRECIATION AND WAS THEREFORE NOT | Less  75   Physical | Functional | External | | |
| CONSIDERED TO BE RELEVANT OR APPLICABLE FOR THIS | Depreciation    $244,480                = $ ( | 244,480) |
| ASSIGNMENT. | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 366,720 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . = $ | 60,000 |
| Estimated Remaining Economic Life (HUD and VA only)            45 Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . = $ | 1,126,700 |

## PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of an existing building(s) into a PUD?  ☐ Yes  ☐ No    If Yes, date of conversion.

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No    If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No    If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Small Residential Income Property Appraisal Report

File No. REDACTED

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD).  A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications.  Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted.  The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.  Modifications or deletions to the certifications are also not permitted.  However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications.  The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions.  No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions.  Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction.  Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.    The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal.  The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.    The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units.  The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.    The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area.  Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.    The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.    The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal.  Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied.  The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.    The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Small Residential Income Property Appraisal Report          REDACTED
                                                            File No.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1.   I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.   I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units.  I reported the condition of the improvements in factual, specific terms.  I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.   I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.   I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5.   I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.   I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.   I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.   I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.   I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value.  I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal.  I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.  I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report.  If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report.  I certify that any individual so named is qualified to perform the tasks.  I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

## Small Residential Income Property Appraisal Report

REDACTED

File No.

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.   I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.   I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.   The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.   This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.   If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature *Frank Lozano*
Name Frank Lozano
Company Name ASAP APPRAISALS
Company Address 4317 ZACA PLACE
LOS ANGELES, CA 90065
Telephone Number 949-280-1731
Email Address FLU@COX.NET
Date of Signature and Report 12/22/2014
Effective Date of Appraisal 12/19/2014
State Certification # AR037669
or State License # _____
or Other (describe) _____ State # _____
State CA
Expiration Date of Certification or License 07/07/2015

ADDRESS OF PROPERTY APPRAISED
4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE
BURBANK, CA  91505

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,125,000

LENDER/CLIENT
Name SERVICELINK
Company Name ONE WEST BANK-DIRECT
Company Address 2900 ESPERANZA CROSSING 3RD FLOO
AUSTIN, TX 78758
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection _____
☐ Did inspect interior and exterior of subject property
    Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection _____

## Small Residential Income Property Appraisal Report

REDACTED

File No.

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE BURBANK, CA 91505 | 221 N MYERS ST BURBANK, CA 91506 | | 4135 W TOLUCA LAKE AVE BURBANK, CA 91505 | | 505 E VALENCIA AVE BURBANK, CA 91501 | |
| Proximity to Subject | | 1.49 miles NE | | 0.03 miles NW | | 3.43 miles NE | |
| Sale Price | $ | | $  1,070,000 | | $  1,125,000 | | $  1,300,000 |
| Sale Price/Gross Bldg. Area | $  0.00 sq. ft | $  362.34 sq. ft | | $  344.67 sq. ft | | $  481.66 sq. ft | |
| Gross Monthly Rent | $  6,700 | $  5,950 | | $  6,725 | | $  5,800 | |
| Gross Rent Multiplier | | 179.83 | | 167.29 | | 224.14 | |
| Price Per Unit | $ | $  267,500 | | $  281,250 | | $  325,000 | |
| Price Per Room | $ | $  62,941 | | $  70,313 | | $  92,857 | |
| Price Per Bedroom | $ | $  118,889 | | $  140,625 | | $  216,667 | |
| Rent Control | ☐ Yes  ☒ No | ☐ Yes  ☒ No | | ☐ Yes  ☒ No | | ☐ Yes  ☒ No | |
| Data Source(s) | | THEMLS#BB13221862MR / DOM:112 | | THEMLS#F12059487CN / DOM:354 | | THEMLS#SR14215179CN / DOM:73 | |
| Verification Source(s) | | REALQUEST/DOC#567135 | | REALQUEST/DOC#1131313 | | REALQUEST | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing | | Armslength | | Armslength | | 0 | |
| Concessions | | Conv; 0 | | Conv; 0 | | 0 | |
| Date of Sale/Time | | 05/06/2014 | | 08/01/2013 | | ACTIVE | -130,000 |
| Location | Suburban | Suburban-InfNbrhd | +53,500 | Suburban | | Suburban-InfNbrhd | +65,000 |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6250 SQFT | 6074 SQFT | 0 | 7146 SQFT | 0 | 7845 SQFT | -15,950 |
| View | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 70 | 78 | | 70 | | 75 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Gross Building Area 100.00 | 3,264 | 2,953 | 0 | 3,264 | | 2,699 | 56,500 |

| Unit Breakdown | Total | Bdrms. | Baths | Total | Bdrms. | Baths | +(-) Adj | Total | Bdrms. | Baths | Total | Bdrms. | Baths | +(-) Adj |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | -10,000 | | | | | | | +20,000 |
| Unit # 1 | 4 | 2 | 1 | 5 | 3 | 2 | -5,000 | 4 | 2 | 1 | 4 | 2 | 1 | |
| Unit # 2 | 4 | 2 | 1 | 4 | 2 | 1 | | 4 | 2 | 1 | 4 | 2 | 1 | |
| Unit # 3 | 4 | 2 | 1 | 4 | 2 | 1 | | 4 | 2 | 1 | 3 | 1 | 1 | |
| Unit # 4 | 4 | 2 | 1 | 4 | 2 | 1 | | 4 | 2 | 1 | 3 | 1 | 1 | |

| | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Basement Description | 0 | 0 | | 0 | | 0 | |
| Basement Finished Rooms | 0 | 0 | | 0 | | 0 | |
| Functional Utility | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Heating/Cooling | FWA W.UNIT | FWA W.UNIT | | FWA W.UNIT | | FWA W.UNIT | |
| Energy Efficient Items | NONE NOTED | NONE NOTED | | NONE NOTED | | NONE NOTED | |
| Parking On/Off Site | 4 Car Garage | 2 Car Garage | +10,000 | 4 Car Garage | | 4 Car Garage | |
| Porch/Patio/Deck | Patio,Porch | Patio,Porch | | Patio,Porch | | Patio,Porch | |
| | Fence | Fence | | Fence | | Fence | |
| # of Buildings | 1 | 1 | | 1 | | 3 (-7.5%) | -97,500 |
| Net Adjustment (Total) | | ☒ +  ☐ - | $  48,500 | ☒ +  ☐ - | $  0 | ☐ +  ☒ - | $  101,950 |
| Adjusted Sale Price | | Net Adj.  4.5 % | | Net Adj.  0.0 % | | Net Adj.  -7.8 % | |
| of Comparables | | Gross Adj.  7.3 % | $  1,118,500 | Gross Adj.  0.0 % | $  1,125,000 | Gross Adj.  29.6 % | $  1,198,050 |
| Adj. Price Per Unit  (Adj. SP Comp / # of Comp Units) | | $  279,625 | | $  281,250 | | $  299,513 | |
| Adj. Price Per Room  (Adj. SP Comp / # of Comp Rooms) | | $  65,794 | | $  70,313 | | $  85,575 | |
| Adj. Price Per Bdrm.  (Adj. SP Comp / # of Comp Bedrooms) | | $  124,278 | | $  140,625 | | $  199,675 | |
| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
| Date of Prior Sale/Transfer | NO PRIOR SALES | NO PRIOR SALES | | NO PRIOR SALES | | NO PRIOR SALES | |
| Price of Prior Sale/Transfer | $0 | $0 | | $0 | | $0 | |
| Data Source(s) | REALQUEST DATA | REALQUEST DATA | | REALQUEST DATA | | REALQUEST DATA | |
| Effective Date of Data Source(s) | 12/19/2014 | 12/19/2014 | | 12/19/2014 | | 12/19/2014 | |

Summary of Sales Comparison Approach.    SEE ADDENDUM

*SALES COMPARISON APPROACH*

*** THE SUBJECT IS LOCATED WITHIN THE MOST DESIRABLE ARE OF BURBANK; THE "TOLUCA LAKE" AREA.  IT CONSISTS MOSTLY OF DETACHED CUSTOM BUILT SINGLE FAMILY HOMES WITH MEDIAN VALUES OF $1,250,000.  THERE IS A VERY LOW DENSITY OF 2-4 UNIT PROPERTIES WITHIN THE TOLUCA LAKE AREA, IN FACT, THE SUBJECT'S STREET IS THE ONLY SUCH STREET WITH 2-4 UNIT PROPERTIES;  (0) COMPARABLE SALES HAVE OCCURRED WITHIN THE SUBJECT'S NEIGHBORHOOD IN THE PAST 12 MONTHS; (0) COMPARABLE PROPERTIES AREA CURRENTLY OFFERED OR SALE WITHIN THE SUBJECT'S MARKET AREA. THEREFORE (0) WAS INDICATED WITHIN THE TOP FIELDS OF PAGE 3 AND FORM 1004MC.

***THE APPRAISER WAS UNABLE TO SATISFY THE CLIENT'S REQUEST FOR (2) LISTINGS; COMP 6 REPRESENTS THE ONLY RELEVANT PROPERTY CURRENTLY OFFERED FOR SALE WITHIN THE BURBAN CITY LIMITS.

***PER APPRAISAL ENGAGEMENT LETTER, THE SUBJECT'S ADDRESS IS "4130-4132 1.2 W TOLUCA LAKE AVE", HOWEVER, PER PHYSICAL PER INSPECTION, THE SUBJECT'S ADDRESS IS "4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE"

***PER APPRAISAL ENGAGEMENT LETTER,  THE BORROWER IS STATED AS "CHRISTOPHER SMITH", HOWEVER, PER REALQUEST DATA, THE OWNER OF RECORD IS STATED AS "CHRISTOPHER R SMITH".
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * *

BELOW ARE LENDER/CLIENT SPECIFIC COMMENTARY AND EXPLANATIONS FOR ITEMS WHICH EXCEED TYPICAL GUIDELINES SUCH AS DISTANCES EXCEEDING 1 MILES, SALES OVER 6 MONTHS OLD, LINE/NET/GROSS ADJUSTMENTS WHICH EXCEED GUIDELINES.  IF SALES AND/OR LISTING WERE INCLUDED WITHIN THIS REPORT WHICH EXCEED TYPICAL GUIDELINES, THEY WERE DONE SO DUE TO A SLOW MARKET AREA WITH MINIMAL RECENT TURNOVER AND / OR IN ORDER TO BRACKET ALL OF THE SUBJECT'S PHYSICAL CHARACTERISTICS.

***COMPS 2,3,4,6 ARE LOCATED OVER A MILE FROM THE SUBJECT AND ACROSS MAJOR ROADS AND HIGHWAYS.  THEY ARE LOCATED WITHIN OTHER NEIGHBORHOODS WITHIN THE BURBANK CITY LIMITS AND WITH NEIGHBORHOODS OF LESSER MARKET APPEAL AND LESSER VALUES.  THEY WERE INCLUDED ONLY IN ORDER TO INCLUDE SALES WITHIN THE PAST 12 MONTHS.

***COMP 1 IS LOCATED WITHIN A MILE FROM THE SUBJECT AND SOUTH OF CA-134 LIKE THE SUBJECT: IT IS LOCATED WITHIN THE "RANCHO DISTRICT" OF BURBANK WHICH IS ALSO A HIGHLY MARKETABLE NEIGHBORHOOD (SIMILAR TO THE SUBJECT'S NEIGHBORHOOD) HOWEVER, STILL WITHIN A DIFFERENT NEIGHBORHOOD, THEREFORE, ALSO NOT INCLUDED WITHIN THE DATA / ANALYSIS ON THE TOP SECTION OF PAGE 3, NOR FORM 1004MC.

***COMP 6 WARRANTED GROSS (OVER 10%) ADJUSTMENTS WHICH EXCEED TYPICAL GUIDELINES DUE TO IT'S INFERIOR LOCATION, INFERIOR GBA, AND CONSISTING OF MULTIPLE BUILDINGS WHICH IS TYPICALLY AS POSITIVE FACTOR.  IT WAS INCLUDED IN ORDER TO INCLUDE AT LEAST 1 LISTING FOR CONSIDERATION.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * *
***IN THE OPINION OF THE APPRAISER, THE PROPER EXPOSURE TIME FOR THE SUBJECT PROPERTY IS 30-90 DAYS.

***I HAVE NOT PERFORMED ANY SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

***ALL UNITS HAVE A DOUBLE STRAPPED WATER HEATER AND A SMOKE / CARBON MONOXIDE DETECTOR (COMBINATION DEVICE) WERE INSTALLED AT THE TIME OF THE INSPECTION.

***DUE TO THE FEW NUMBER OF COMPARABLE SALES AND LISTINGS TO ANALYSE, ALONG WITH FACTORS SUCH AS OVERALL CONDITION, GBA, SITE AREA, LOCATION FACTORS, NUMBER OF BEDROOMS AND BATHROOMS,  THE RANGE OF NON ADJUSTED SALES AND LISTING PRICES OF THE COMPARABLE PROPERTIES INCLUDED FOR CONSIDERATION WITHIN THIS REPORT EXCEED TYPICAL GUIDELINES (OVER 10%).  SUCH DOES NOT WEAKEN THE APPRAISER'S OPINION OF THE SUBJECT'S MARKET VALUE.

***THE SUBJECT'S ESTIMATED MARKET VALUE IS GREATER THAN THE MEDIAN SALES PRICE FOR 2-4 UNIT PROPERTIES IN THIS AREA DUE TO IT'S NUMBER OF UNITS (4) AND LOCATION WITHIN ONE OF THE MOST MARKETABLE NEIGHBORHOODS IN BURBANK BEING AT THE UPPER END OF THE RANGE FOR THIS AREA. THE SUBJECT IS  NOT OVER IMPROVED FOR THE AREA, NOR DOES SUCH ADVERSELY AFFECT IT'S MARKETABILITY.

***THE SHADED AREAS WITHIN FORM 1004MC HAVE NOT BEEN POPULATED SINCE PRIOR LISTING INFORMATION IS NO LONGER AVAILABLE TO BE VIEWED/ANALYZED PER SOCAL MLS/MLS ALLIANCE.

***DATA/TRENDS WITHIN FORM 1004MC ARE NOT CONSIDERED RELIABLE DATA FOR THIS ASSIGNMENT DUE TO LACK OF ANY AVAILABLE COMPARABLE SALES OVER THE PAST YEAR.

***ALL UTILITIES WERE TESTED AND WERE FOUND TO BE IN PROPER WORKING ORDER.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * ***NO EMPLOYEE, DIRECTOR, OFFICER, OR AGENT OF THE LENDER, OR ANY OTHER THIRD PARTY ACTING AS A JOINT

VENTURE PARTNER, INDEPENDENT CONTRACTOR, APPRAISAL MANAGEMENT COMPANY, OR PARTNER ON BEHALF OF THE LENDER HAS INFLUENCED OR ATTEMPTED TO INFLUENCE THE DEVELOPMENT, REPORTING RESULT, OR REVIEW OF THIS ASSIGNMENT THROUGH COERCION, EXTORTION, COLLUSION, COMPENSATION, INSTRUCTION, INDUCEMENT, INTIMIDATION, BRIBERY OR ANY OTHER MANNER.

I HAVE NOT BEEN CONTACTED BY ANYONE OTHER THAN THE INTENDED USER (LENDER/CLIENT AS IDENTIFIED ON THE FIRST PAGE OF THEIR REPORT), BORROWER, OR DESIGNATED CONTACT TO MAKE AN APPOINTMENT TO ENTER THE PROPERTY. I AGREE TO IMMEDIATELY REPORT ANY UNAUTHORIZED CONTACT EITHER PERSONALLY BY PHONE OR ELECTRONICALLY TO SERVICELINK .

NOTE: THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT.  THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A MORTGAGE FINANCE TRANSACTION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE.  NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

**Neighborhood Description**
THE SUBJECT IS LOCATED WITHIN THE TOLUCA LAKE AREA OF BURBANK; AMONGST THE MOST MARKETABLE NEIGHBORHOODS IN ALL OF BURBANK DUE TO IT'S LOW DENSITY OF COMMERCIAL AND 2-4 UNIT PROPERTIES; IN FACT, ONLY THE SUBJECT'S STREET CONSISTS OF 2-4 UNIT PROPERTIES IN THIS AREA.  THE SUBJECT IS LOCATED WITHIN WALKING DISTANCE TO MANY OF THE MOTION PICTURE, TELEVISION, AND MUSIC PRODUCTION STUDIOS WHICH ARE THE LARGEST EMPLOYERS IN THIS AREA.  THE SUBJECT IS ALSO LOCATED WITHIN CONVENIENT PROXIMITY TO MANY LOCAL RESTAURANTS, CAFES, ENTERTAINMENT, AND OTHER RETAIL BOUTIQUES WITHIN DOWNTOWN TOLUCA LAKE LOCATED ALONG RIVERSIDE DR.  THE SUBJECT IS LOCATED WITHIN CONVENIENT ACCESS TO CA-134 AND CA-101 WHICH LEAD TO EMPLOYMENT CENTERS WITHIN THE HOLLYWOOD DISTRICT, DOWNTOWN LOS ANGLES, GLENDALE, AS WELL AS MANY OF THE AFOREMENTIONED MEDIA PRODUCTION STUDIOS IN BURBANK AND UNIVERSAL CITY AREA.  THE SUBJECT IS LOCATED NEAR OTHER SUPPORT SERVICES SUCH AS SCHOOLS, PARKS, SHOPPING AND EMPLOYMENT CENTERS.

**Market Conditions**
PER THE APPRAISER'S EXPERIENCE IN THIS AREA ALONG WITH RESEARCH AND ANALYSIS OF RECENT SALES WITHIN THE SUBJECT'S NEIGHBORHOOD, IT WAS DETERMINED THAT VALUES OF 2-4 UNIT PROPERTIES  IN THIS MARKET AREA HAVE STABILIZED WITHIN APPROXIMATELY THE PAST 12-18 MONTHS. VALUES IN THIS AREA STEADILY INCREASED FROM 2010 TO THE 3RD QUARTER OF 2013 DUE TO HISTORIC LOW INTEREST RATES AND THE AREA RECOVERING FROM THE "MARKET-CRASH" OF 2008-2009.  VALUES, HOWEVER, HAVE BEGUN TO STABILIZE OVER THE PAST 12-18 MONTHS.  OTHER FACTORS CONTRIBUTING TO STABILITY IN THIS AREA INCLUDE INTEREST RATES REMAINING NEAR HISTORIC LOWS, A HIGHLY MARKETABLE NEIGHBORHOOD WITHIN HIGH RANKING SCHOOLS,  SUFFICIENT QUALIFIED BUYERS AND RENTERS, A STRONG RENTAL MARKET WITH NO RENT CONTROL, AND SUPPLY EXCEEDING SUPPLY OF AVAILABLE HOMES WITH A TYPICAL MARKETING TIME OF 0-4 MONTHS FOR CORRECTLY PRICES HOMES. FINANCING TERMS OF SALE (BUYDOWNS, DISCOUNTS, SPECIAL TERMS) WILL HAVE NO EFFECT UPON FINAL OPINION OF VALUE.

**Analysis of Rental Data**
THE RENT COMPARABLES THAT ARE BEING USED ARE THE BEST AVAILABLE FROM WITHIN THE SUBJECT PROPERTY'S GENERAL MARKET AREA. THIS MARKET AREA DOES NOT HAVE RENT CONTROLS. THERE WERE NO NOTED RENTAL CONCESSIONS. THE RENT COMPARABLES ARE CONSIDERED TO BE IN SIMILAR CONDITION TO THE SUBJECT.  THE GROSS LIVING AREA FOR EACH UNIT OF ALL THREE COMPARABLES HAS BEEN ESTIMATED PER THE DATA AVAILABLE ON THE MLS AND REALQUEST RECORDS. ALL OF THE RENT COMPARABLES THAT ARE BEING USED ARE DEEMED TO BE VALID RENTAL ALTERNATIVES.  ALL THREE COMPARABLE RENTAL PROPERTIES CONSIST OF 2-4 UNIT INCOME PROPERTIES, HOWEVER, ONLY THE INDIVIDUAL UNITS WHICH MATCH THE BEDROOM AND BATH COUNT OF THE SUBJECT'S UNITS WERE UTILIZED FOR COMPARISON.

**Comments on Sales Comparison**
MY COMPARABLE SEARCH AND RESULTS:
**MY COMPARABLE SEARCH CRITERIA CONSISTED OF PROPERTIES THAT ARE WITHIN +/-20% SQFT OF GBA, 4 UNITS, LOCATED WITHIN THE TOLUCA LAKE AREA OF BURBANK,  WHICH SOLD WITHIN THE PAST 12 MONTHS, AND ARE LOCATED WITHIN A 1 MILE RADIUS OF THE SUBJECT PROPERTY. MY COMPARABLE SEARCH DID NOT INCLUDE ANY SALES PRICE OR VALUE PARAMETERS.   THE SEARCH RESULTED IN A TOTAL OF 0 POTENTIAL COMPARABLE PROPERTIES TO CONSIDER; THE APPRAISER THEN EXPANDED THE ABOVE SEARCH TO 24 MONTHS AND LOCATED ONLY 1 SALE; COMP 5.  IN ORDER INCLUDE AT LEAST 3 CLOSED SALES WITHIN THE PAST 12 MONTHS, THE APPRAISER EXPANDED THE SEARCH UP TO 5 MILES WITHIN THE BURBANK CITY LIMITS AND INCLUDED COMPS 1,2,3,4.**

THIS APPRAISER HAS UTILIZED 1 CLOSED SALE FROM WITHIN THE SUBJECT'S IMMEDIATE NEIGHBORHOOD AND 4 CLOSED SALES AND 1ACTIVE LISTING FROM WITHIN COMPETING NEIGHBORHOODS WITHIN THE BURBANK CITY LIMITS / SCHOOL DISTRICT AS THE MOST RELEVANT PROPERTIES FOR SUBJECT'S SALES COMPARISONS ANALYSIS. ALL COMPARABLES CHOSEN SHARE SIMILAR PROPERTY ATTRIBUTES SPECIFICALLY NUMBER OF UNITS, GBA. COMPARABLES PROVIDED ARE ASSERTED TO BEST AVAILABLE AT THE TIME OF INSPECTION AND DEEMED GOOD INDICATORS OF FAIR MARKET VALUE.

MLS INFORMATION WAS CONSIDERED MORE ACCURATE THAN THE ASSESSOR'S INFORMATION REGARDING BEDROOM AND BATHROOM COUNT AS IT IS USUALLY VERIFIED BY AN AGENT DIRECTLY OR INDIRECTLY INVOLVED IN THE TRANSACTION.  ALSO, ITEMS SUCH AS PORCHES, AIR CONDITIONING, FIREPLACES, AND CONDITION INFORMATION ARE GENERALLY TAKEN FROM MLS DATA.  DOCUMENT NUMBERS, LIVING AREA, LOT SIZE, AND FINANCING INFORMATION ARE TYPICALLY TAKEN FROM NDC OR REALQUEST.

**ADJUSTMENTS TO COMPARABLES**

TIME ADJUSTMENTS WERE NOT WARRANTED AS VALUES HAVE REMAINED STABLE WITHIN THIS MARKET AREA OVER THE PAST YEAR (SEE 'MARKET CONDITIONS' COMMENTS) AND IS CONSISTENT WITH LISTING COMPS #6 . COMP #6  WAS MARKET ADJUSTED AT -10% TO REFLECT A MORE PROBABLE SELLING PRICE BASED ON AREA SALE TO LIST PRICE DISCOUNTS PER MLS AS IT IS LISTED WELL OVER MARKET VALUE.

ADJUSTMENTS FOR DIFFERENCES IN GBA WERE APPLIED AT THE RATE OF $100 / SQFT FOR DIFFERENCES GREATER THAN +/-10% OF THE SUBJECT'S GBA (+/-326 SQFT).
THIS ADJUSTMENT IS BASED ON THE CONCEPT OF DIMINISHING MARGINALITY UTILITY AND IS NOT A MIRROR REFLECTION OF THE "AVERAGE SALE PRICE/SQFT" FOR THE AREA, NOR A PERCENTAGE OF THE ESTIMATED CONSTRUCTION COST PER SQFT. IT IS A SUBJECTIVE FACTOR DERIVED TO ALLOCATE A VALUE COMPONENT, REFLECTIVE OF MARKET BEHAVIOR, TO SMALL DIFFERENCES IN LIVING AREA, IE, "HOW MUCH BELOW OR ABOVE THE NORM WOULD A BUYER BE WILLING TO PAY FOR A SLIGHTLY SMALLER OR LARGER HOME" . THIS IS DONE THROUGH "MATCHED PAIRS" ANALYSIS BETWEEN HOMES OF RELATIVELY SIMILAR SIZE, QUALITY, LOT SIZE, AND LOCATION. AFTER EQUALIZING FOR MINOR DIFFERENCES AMONG THE VARIOUS FEATURES IN EACH PROPERTY, THE VALUE ATTRIBUTED TO THE SMALL DIFFERENCES IN LIVING AREA IS 'ABSTRACTED'. THIS IS DONE OVER A LARGER DATA SET TO DERIVE AN ADJUSTMENT FACTOR SPECIFIC TO THE SUBJECT'S MARKET AREA AND PRODUCT TYPE.

***QUALITY AND CONDITION RATINGS WERE BASED ON EXTERIOR INSPECTIONS AND MLS COMMENTS/PHOTOS. CONDITION ADJUSTMENTS WERE BASED ON THE MARKET REACTION TO THE ESTIMATED COST TO CURE VIA PAIRED SALES.

***CONDITION ADJUSTED AT 5% OF SALES PRICE
PER MLS DATA, COMP 2'S UNIT WERE RECENTLY UPDATED AND IT HAD A NEW ROOF, WINDOWS, ELECTRICAL, AND NEW COPPER PLUMBING IN ALL UNITS.   BASED UPON MARKET DATA / PAIRED SALES ANALYSIS, A -5% CONDITION ADJUSTMENT FOR COMP 2 6 WAS CONSIDERED A REASONABLE MARKET REACTION FOR THIS AREA.

***NUMBER OF TOTAL BUILDINGS WERE ADJUSTED AT 7.5% OF SALES OR LIST PRICE BASED ON THEIR TOTAL NUMBER OF BUILDING.
2-4 UNIT PROPERTIES IN THIS AREA ARE GENERALLY MORE MARKETABLE IF THEY AREA DETACHED IN NATURE AS THEY OFFER SUPERIOR PRIVACY; THIS IS ESPECIALLY THE CASE IF THE POTENTIAL BUYER IS PLANNING ON OCCUPYING ONE OR MORE OF THE UNITS.  THE SUBJECT AND COMPS 1,2,3,4,5 ARE SIMILAR LAYOUTS CONSISTING OF A SINGLE BUILDING.  COMP 6, HOWEVER, CONSISTS OF (3) BUILDINGS; GIVEN THE SUBJECT'S 4-UNITS, A -5% FOR 2 BUILDINGS, -7.5% FOR 3 BUILDINGS, AND -10% ADJUSTMENTS WOULD HAVE BEEN APPLIED TO ANY COMP.

***LOCATION ADJUSTED AT 5% OF SALES OR LIST PRICE
THE SUBJECT IS LOCATED WITHIN ONE OF THE MOST DESIRABLE / MARKETABLE NEIGHBORHOODS IN ALL OF BURBANK DUE TO IT'S LOW DENSITY OF COMMERCIAL AND 2-4 UNIT PROPERTIES AS WELL AS IT'S PROXIMITY TO THE TELEVISION, MOTION PICTURE, AND MUSIC PRODUCTION STUDIOS WHICH ARE THE LARGEST EMPLOYERS IN THIS AREA; COMP 1 IS LOCATED WITHIN A SIMILAR NEIGHBORHOOD (RANCHO DISTRICT), HOWEVER, LOCATED ON VERY BUSY ROAD; COMPS 2,3,4,6 ARE LOCATED WITHIN INFERIOR NEIGHBORHOODS OF BURBANK.  BASED UPON MARKET DATA / PAIRED SALES ANALYSIS, A +5% LOCATION ADJUSTMENT FOR COMPS 1,2,3,4,6 WAS CONSIDERED A REASONABLE MARKET REACTION FOR THIS AREA.

***SITE AREA WAS ADJUSTED AT $10 / SQFT FOR DIFFERENCES GREATER THAN +/-1,000 SQFT
SITE AREA IS A MODERATE FACTOR OF VALUE AND MARKETABILITY WITHIN THIS AREA DUE TO THE AREA BEING 100% DEVELOPED.  THE TYPICAL BUYER IN THIS AREA WILL PAY A MODERATE  PREMIUM FOR HOMES ON LARGER SITES AS THEY OFFER SUPERIOR PRIVACY AS WELL AS LENDING TO THE POSSIBILITIES FOR EXPANSION OR REBUILDING / REDEVELOPING.  BASED UPON MARKET DATA ANALYSIS, THE APPRAISER'S EXPERIENCE IN THIS AREA, AND RELATIONSHIPS WITH LOCAL AGENTS, A $10 / SQFT SITE AREA ADJUSTMENT FOR DIFFERENCES GREATER THAN +/-1,000 SQFT WAS CONSIDERED A REASONABLE MARKET REACTION FOR THIS AREA.

***BEDROOMS ADJUSTED AT $10,000

***BATHROOMS ADJUSTED AT $5,000

***GARAGE ADJUSTED AT $5,000 / CAR BAY ADJUSTMENTS FOR BEDROOMS WERE NOT WARRANTED AS THEY WERE CONSIDERED WITHIN THE GLA.

***ADJUSTMENTS FOR DESIGN / STYLE OR ACTUAL AGE WERE NOT WARRANTED. RATHER, QUALITY OF CONSTRUCTION AND OVERALL CONDITION (EFFECTIVE AGES) WERE FACTORS DETERMINED TO MORE SO INFLUENCE VALUES AND MARKETABILITY IN THIS AREA.

*** ADJUSTMENTS WERE BASED ON BUYERS REACTION TO THE ESTIMATED COST TO CURE OR REPLACE VIA PAIRED SALES.

**Final Reconciliation**
ALL OF THE MARKET DATA GATHERED WERE CORRELATED AND CONSIDERED. BOTH THE SALES COMPARISON AND INCOME APPROACH ARE APPLICABLE TO THE ASSIGNMENT. UNITS ARE PURCHASED FOR EITHER RENTAL PROPERTY OR FOR OWNER USE. THE COST APPROACH IS TYPICALLY GIVEN MINIMAL CONSIDERATION FOR THIS TYPE OF PROPERTY, IN THIS MARKET. GREATEST WEIGHT GIVEN TO THE SALES COMPARISON APPROACH AS IT BEST REFLECTS THE REACTIONS OF BUYERS AND SELLERS. THE COST APPROACH SUPPORTS THE SALES COMPARISON APPROACH AND IS GIVEN SECONDARY WEIGHT.

THE ADJUSTED SALES RANGE FROM $1,102,930 TO $1,196,830 AND ARE WITHIN A  +/-7.85% RANGE SUPPORTING THE APPRAISED VALUE.  THE ESTIMATED MARKET VALUE AT $1,125,000 IS BRACKETED BY

BOTH COMPARABLE SALES PRICES AND THE INDICATED VALUE RANGE, THIS VALUE IS CONSIDERED
REASONABLE AND IS ADEQUATELY SUPPORTED BY THE MARKET DATA PRESENTED IN THIS REPORT.

GREATEST WEIGHT WAS GIVEN TO COMP #5; ALTHOUGH IT IS OVER 12 MONTHS OLD, IT IS THE ONLY SALES
IN THE PAST 2 YEARS WITHIN THE SUBJECT'S IMMEDIATE NEIGHBORHOOD AND IS A MODEL MATCH WITH NO
WARRANTED ADJUSTMENTS.   IT IS CONSIDERED THE CLOSEST MARKET SUBSTITUTE AND THEREFORE THE
BEST INDICATOR OF FAIR MARKET VALUE FOR THE SUBJECT PROPERTY.  COMP 1 WAS GIVEN SECONDARY
CONSIDERATION DUE TO IT'S RECENT SALE AND LOCATION WITHIN A SIMILAR NEIGHBORHOOD, HOWEVER,
IS EXPOSED TO A BUSY ROAD AND HAS LESS BEDROOMS.  COMPS 2,3,4 WERE GIVEN LEAST
CONSIDERATION DUE TO THEIR LOCATION WITHIN INFERIOR NEIGHBORHOODS.

# Operating Income Statement

REDACTED

One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

**Property Address**

| 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | BURBANK | CA | 91505 |
|---|---|---|---|
| Street | City | State | Zip Code |

General Instructions: This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

|  | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 Yes | No X | Owner Occ | $ 0 | $ 1,675 | Electricity . . . . . . . . . |  | X |
| Unit No. 2 Yes X | No | Monthly | $ 1,450 | $ 1,675 | Gas . . . . . . . . . . . |  | X |
| Unit No. 3 Yes X | No | Monthly | $ 1,400 | $ 1,675 | Fuel Oil . . . . . . . . . |  |  |
| Unit No. 4 Yes X | No | Monthly | $ 1,500 | $ 1,675 | Fuel (Other) . . . . . . . |  |  |
| Total |  |  | $ 4,350 | $ 6,700 | Water/Sewer . . . . . . | X |  |
|  |  |  |  |  | Trash Removal . . . . . | X |  |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided)*. This Operating Income Statement and previous operating statements the applicant provides must then be sent to the appraiser for review, com- and/or adjustments next to the applicant's figures *(e.g., Applicant/Appraiser 288/300)*. If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insur- ance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.)* Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

**Annual Income and Expense Projection for Next 12 months**

| Income *(Do not include income for owner-occupied units)* | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* . . . . . . . . . . . . . . . . . . . . | $ 52,200 | $ |
| Other Income *(include sources)* . . . . . . . . . . . . . . . . . . . . | + 0 | + |
| Total . . . . . . . . . . . . . . . . . . . . | $ 52,200 | $ |
| Less Vacancy/Rent Loss . . . . . . . . . . . . . . . . . . . . | - 1566.00 ( 3%) | - ( %) |
| Effective Gross Income . . . . . . . . . . . . . . . . . . . . | $ 50,634 | $ |

Expenses *(Do not include expenses for owner-occupied units)*

| | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Electricity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Fuel Oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Fuel . . . . . . . . . . . . . . . . . . . . . . . (Type-_____) |  |  |
| Water/Sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,200 |  |
| Trash Removal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,200 |  |
| Pest Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Other Taxes or Licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Casual Labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
|     This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. |  |  |
| Interior Paint/Decorating . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 600 |  |
|     This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. |  |  |
| General Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,000 |  |
|     This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. |  |  |
| Management Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
|     These are the customary expenses that a professional manage- ment company would charge to manage the property. |  |  |
| Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 600 |  |
|     This includes the costs of items like light bulbs, janitorial supplies, etc. |  |  |
| Total Replacement Reserves - See Schedule on Pg. 2 . . . . . . . . . . . . . | 850 |  |
| Miscellaneous |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| Total Operating Expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 7,450 | $ |

## Replacement Reserve Schedule

Adequate replacement reserves must be calculate regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc.-should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | | Remaining Life | | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @$ 350.00 | ea.÷ | 15 | Yrs. x | 3 | Units =$ | | 70.00 | $ |
| Refrigerators | @$ | ea.÷ | | Yrs. x | | Units =$ | | | $ |
| Dishwashers | @$ | ea.÷ | | Yrs. x | | Units =$ | | | $ |
| A/C Units | @$ 350.00 | ea.÷ | 15 | Yrs. x | 3 | Units =$ | | 70.00 | $ |
| C. Washer/Dryers | @$ | ea.÷ | | Yrs. x | | Units =$ | | | $ |
| HW Heaters | @$ 650.00 | ea.÷ | 15 | Yrs. x | 3 | Units =$ | | 130.00 | $ |
| Furnace(s) | @$ 750.00 | ea.÷ | 15 | Yrs. x | 3 | Units =$ | | 150.00 | $ |
| (Other) | @$ | ea.÷ | | Yrs. x | | Units =$ | | | $ |
| Roof | @$ 7,500.00 | ÷ | 30 | Yrs. x One Bldg. = | | | $ | 250.00 | $ |

Carpeting (Wall to Wall)                                    Remaining Life

| | | | | | | |
|---|---|---|---|---|---|---|
| (Units) | 70 Total Sq. Yds. @$ 18.00 Per Sq. Yd. ÷ | 7 Yrs. = | $ | 180.00 | $ |
| (Public Areas) | Total Sq. Yds. @$ Per Sq. Yd. ÷ | Yrs. = | $ | | $ |

Total Replacement Reserves. (Enter on Pg. 1)                              $ 850.00    $

## Operating Income Reconciliation

$ 50,634.00 - $ 7,450.00 =$ 43,184.00 ÷12= $ 3,598.67
Effective gross Income        Total Operating Expenses        Operating Income        Monthly Operating Income

$ 3,598.67 - $ UNKNOWN =$ 3,598.67
Monthly Operating Income        Monthly Housing Expenses        Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments (including sources for data and rationale for the projections)

EXPENSES WERE ESTIMATED BASED ON COMPARABLE PROPERTIES AND PUBLISHED EXPENSE GUIDELINES.  THE EXPENSES LISTED ABOVE DO NOT INCLUDE REAL ESTATE TAXES, INSURANCE, OR DEBT SERVICE.  NOTE: GAS AND ELECTRIC ARE TYPICALLY PAID BY TENANTS IN THIS MARKET.

| Frank Lozano | *Frank Lozano* | 12/22/2014 |
|---|---|---|
| Appraiser Name | Appraiser Signature | Date |

Underwriter's Comments and Rationale for Adjustments

| | | |
|---|---|---|
| Underwriter Name | Underwriter Signature | Date |

Market Conditions Addendum to the Appraisal Report        File No.        REDACTED

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE     City BURBANK     State CA     Zip Code 91505

Borrower CHRISTOPHER SMITH

Instructions:  The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below: if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 0 | 0 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.00 | 0.00 | 0.00 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | N/A | N/A | 0 | Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | N/A | N/A | 0.00 | Declining | Stable | Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 0 | 0 | 0 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 0 | 0 | 0 | Increasing | X Stable | Increasing |
| Median Comparable List Price | N/A | N/A | 0 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | N/A | N/A | 0 | Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 0.00% | 0.00% | 0.00% | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | Yes | X No | | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).  SELLER CONCESSIONS ARE NOT TYPICAL IN THIS MARKET AREA, RATHER REDUCTION OF LISTING PRICES ARE MORE PREVALENT.

Are foreclosure sales (REO sales) a factor in the market?    Yes    X No    If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.  THE DATA SOURCES UTILIZED FOR THE ABOVE INFORMATION IS NDC, WIN2DATA, MULTIPLE LISTING SERVICE, AND DQNEWS.COM. THE DATA RESEARCHED WAS NEIGHBORHOOD BOUNDARY SPECIFIC.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.  PER THE APPRAISER'S EXPERIENCE IN THIS AREA ALONG WITH RESEARCH AND ANALYSIS OF RECENT SALES WITHIN THE SUBJECT'S NEIGHBORHOOD, IT WAS DETERMINED THAT VALUES OF 2-4 UNIT PROPERTIES  IN THIS MARKET AREA HAVE STABILIZED WITHIN APPROXIMATELY THE PAST 18 MONTHS.  VALUES IN THIS AREA STEADILY INCREASED FROM 2010 TO THE 3RD QUARTER OF 2013 DUE TO HISTORIC LOW INTEREST RATES AND THE AREA RECOVERING FROM THE "MARKET-CRASH" OF 2008-2009.  VALUES, HOWEVER, HAVE BEGUN TO STABILIZE OVER THE PAST 12-18 MONTHS.  OTHER FACTORS CONTRIBUTING TO STABILITY IN THIS AREA INCLUDE INTEREST RATES REMAINING NEAR HISTORIC LOWS, A HIGHLY  MARKETABLE NEIGHBORHOOD WITHIN HIGH RANKING SCHOOLS,  SUFFICIENT QUALIFIED BUYERS AND RENTERS, A STRONG RENTAL MARKET WITH NO RENT CONTROL, AND SUPPLY EXCEEDING SUPPLY OF AVAILABLE HOMES WITH A TYPICAL MARKETING TIME OF 0-4 MONTHS FOR CORRECTLY PRICES HOMES.   FINANCING TERMS OF SALE (BUYDOWNS, DISCOUNTS, SPECIAL TERMS) WILL HAVE NO EFFECT UPON FINAL OPINION OF VALUE.

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Data:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?    Yes    No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Frank Lozano* | Signature |
| Name Frank Lozano | Name |
| Company Name ASAP APPRAISALS | Company Name |
| Company Address 4317 ZACA PLACE | Company Address |
| LOS ANGELES, CA 90065 | |
| State License/Certification # AR037669        State CA | State License/Certification #              State |
| Email Address FLU@COX.NET | Email Address |

MARKET RESEARCH & ANALYSIS

CONDO / CO-OP PROJECTS

APPRAISER

SUBJECT PROPERTY PHOTO ADDENDUM

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: December 19, 2014
Appraised Value: $ 1,125,000



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

| | | |
|---|---|---|
| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



OPPOSITE STREET VIEW



SIDE VIEW



SIDE VIEW

| | |
|---|---|
| Borrower: CHRISTOPHER SMITH | File No.: REDACTED |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | Case No.: |
| City: BURBANK | State: CA   Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | |



SIDE VIEW



ADDRESS VERIFICATION



UNIT 1
KITCHEN

| | | |
|---|---|---|
| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



UNIT 1
LIVING ROOM



UNIT 1
BEDROOM 1



UNIT 1
BEDROOM 2

| | |
|---|---|
| Borrower: CHRISTOPHER SMITH | File No.: REDACTED |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | Case No.: |
| City: BURBANK | State: CA      Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | |



UNIT 1
BATH 1



UNIT 2
KITCHEN



UNIT 2
LIVING ROOM

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



UNIT 2
BEDROOM 1



UNIT 2
BEDROOM 2



UNIT 2
BATH 1

Borrower: CHRISTOPHER SMITH    File No.: REDACTE
Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE    Case No.:
City: BURBANK    State: CA    Zip: 91505
Lender: ONE WEST BANK-DIRECT



UNIT 3
KITCHEN



UNIT 3
LIVING ROOM



UNIT 3
BEDROOM 1

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



UNIT 3
BEDROOM 2



UNIT 3
BATH 1



UNIT 4
KITCHEN

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



UNIT 4
LIVING ROOM



UNIT 4
BEDROOM 1



UNIT 4
BEDROOM 2

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
| --- | --- | --- | --- |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



UNIT 4
BATH 1



4 CAR GARAGE



DOUBLE STRAPPED WATER HEATER-1

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED |
|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



DOUBLE STRAPPED WATER HEATER-2

DOUBLE STRAPPED WATER HEATERS -3,4



SMOKE + CARBON MONOXIDE DETECTOR-1

Borrower: CHRISTOPHER SMITH   File No.: REDACTED

Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE   Case No.:

City: BURBANK   State: CA   Zip: 91505

Lender: ONE WEST BANK-DIRECT



SMOKE + CARBON MONOXIDE DETECTOR-2



SMOKE + CARBON MONOXIDE DETECTOR-3



SMOKE + CARBON MONOXIDE DETECTOR-4

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: CHRISTOPHER SMITH | File No.: REDACTED |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | Case No.: |
| City: BURBANK | State: CA   Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | |



COMPARABLE SALE #1

2912 W RIVERSIDE DR
BURBANK, CA 91505
Sale Date: 10/29/2014
Sale Price: $ 1,000,000



COMPARABLE SALE #2

1221 EAST AVENUE
BURBANK, CA 91504
Sale Date: 12/05/2014
Sale Price: $ 1,240,000



COMPARABLE SALE #3

1801 KEELER ST
BURBANK, CA 91504
Sale Date: 11/25/2014
Sale Price: $ 1,065,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: CHRISTOPHER SMITH | File No.: REDACTE |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | Case No.: |
| City: BURBANK | State: CA    Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | |



COMPARABLE SALE #4

221 N MYERS ST
BURBANK, CA 91506
Sale Date: 05/06/2014
Sale Price: $ 1,070,000



COMPARABLE SALE #5

4135 W TOLUCA LAKE AVE
BURBANK, CA 91505
Sale Date: 08/01/2013
Sale Price: $ 1,125,000



COMPARABLE SALE #6

505 E VALENCIA AVE
BURBANK, CA 91501
Sale Date: ACTIVE
Sale Price: $ 1,300,000

COMPARABLE RENTALS PHOTO ADDENDUM

Borrower: CHRISTOPHER SMITH                                        File No.: REDACTED
Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE         Case No.:
City: BURBANK                                State: CA              Zip: 91505
Lender: ONE WEST BANK-DIRECT



COMPARABLE RENTAL #1

4135 W TOLUCA LAKE AVE
BURBANK, CA 91505



COMPARABLE RENTAL #2

4118 W TOLUCA LAKE AVE
BURBANK, CA 91505



COMPARABLE RENTAL #3

4134 W TOLUCA LAKE AVE
BURBANK, CA 91505

FLOORPLAN SKETCH

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



FLOORPLAN SKETCH

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |

| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| A1 : 28.0 x 16.0 = | | 448.0 |
| A2 : 23.0 x 16.0 = | | 368.0 |
| First Floor - UNIT 1 | | 816.0 |
| A3 : 23.0 x 16.0 = | | 368.0 |
| A4 : 28.0 x 16.0 = | | 448.0 |
| First Floor - UNIT 2 | | 816.0 |
| A5 : 23.0 x 16.0 = | | 368.0 |
| A6 : 28.0 x 16.0 = | | 448.0 |
| Second Floor - UNIT 4 | | 816.0 |
| A7 : 28.0 x 16.0 = | | 448.0 |
| A8 : 23.0 x 16.0 = | | 368.0 |
| Second Floor - UNIT 3 | | 816.0 |
| **Total Living Area** | | **3264.0** |
| A9 : 40.0 x 20.0 = | | 800.0 |
| Detached Garage | | 800.0 |

PLAT MAP

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



LOCATION MAP

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTE |
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: |
| City: BURBANK | State: CA | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | |



AERIAL MAP

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTE | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



Subject
4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE
BURBANK, CA 91505

| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



| Borrower: CHRISTOPHER SMITH | | File No.: REDACTED | |
|---|---|---|---|
| Property Address: 4130, 4130 1/2, 4132, 4132 1/2 W TOLUCA LAKE AVE | | Case No.: | |
| City: BURBANK | State: CA | | Zip: 91505 |
| Lender: ONE WEST BANK-DIRECT | | | |



**GREATAMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**LIABILITY INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED**
**AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below: (A capital stock corporation)

☒   Great American Assurance Company

Note: The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   **RAP3665553-14**            Renewal of:

Program Administrator:        **Herbert H. Landy Insurance Agency Inc.**
                             **75 Second Ave Suite 410 Needham, MA 02494-2876**

Item 1. **Named Insured:**     **Frank Lozano**

Item 2. **Mailing Address:**       **9 Heartwood Way**

    City, State, Zip Code:     **Aliso Viejo, CA 92656**

Item 3. **Policy Period:** From    **06/05/2014**    To    **06/05/2015**
                   (Month, Day, Year)    (Month, Day, Year)
         (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

    A. $ **1,000,000**     **Damages** Limit of Liability – Each **Claim**

    B. $ **1,000,000**     **Claim Expenses** Limit of Liability – Each **Claim**

    C. $ **1,000,000**     **Damages** Limit of Liability – Policy Aggregate

    D. $ **1,000,000**     **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible** (Inclusive of **Claim Expenses**):

    A. $ **500**     Each **Claim**

    B. $ **1,000**     Aggregate

Item 6. **Premium:** $    **850.00**

Item 7. **Retroactive Date** (if applicable):    **06/05/2006**

Item 8. **Forms, Notices and Endorsements attached:**
        **D42100 (05/13)  D42300 CA (10 13)**
        **D42402 (05/13) D42403 (05/13) D42408 (05/13)**

*Betsy a. magnuson*
Authorized Representative