M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi (Bar No. 266572)
**SIMON RESNIK HAYES LLP**
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
**Telephone:** (818) 783-6251
**Facsimile:** (818) 827-4919
jhayes@SRHLawFirm.com
matthew@SRHLawFirm.com
roksana@SRHLawFirm.com

*Attorneys for Debtor*
Christopher Smith

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:14-bk-19737-WB |
| | Chapter 11 |
| CHRISTOPHER SMITH, | **NOTICE OF HEARING ON ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION** |
| Debtor. | |
| | *Disclosure Statement Hearing:* |
| | Date: February 19, 2015 |
| | Time: 10:00 a.m. |
| | Ctrm: 1375 |
| | U.S. Bankruptcy Court |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that a hearing has been set for February 19, 2015, at 10:00 a.m., in Courtroom 1375 of the above-entitled Court located at 255 E. Temple Street, Los Angeles, CA 90012, to determine the adequacy of Christopher Smith's (the "Debtor") Disclosure Statement in Support of Chapter 11 Plan of Reorganization (filed on January 9, 2015)[the "Disclosure Statement"].

If you desire a copy of the Disclosure Statement and accompanying Chapter 11 Plan of Reorganization (also filed on January 9, 2015) and any amendments thereto, you may request a copy from counsel for the Debtor, Roksana D. Moradi at (818) 933-2843, or at the address in the upper left hand corner of this document.  The request may be made by electronic mail and a copy will be provided by return electronic email.

PLEASE TAKE FURTHER NOTICE that any party opposing the relief sought by the Disclosure Statement must file a written opposition setting forth the facts and law upon which the opposition is based and must appear at the hearing on the Disclosure Statement. Any factual allegations set forth in such written response must be supported by competent and admissible evidence.

Any response or opposition to the Disclosure Statement must be filed with the Court and served on Debtor's counsel, the Office of the U.S. Trustee, *and any other required parties*, **at least fourteen (14) days prior to the scheduled hearing date on the Disclosure Statement** (not excluding Saturdays, Sundays or legal holidays).

Any response not timely filed and served may be deemed by the Court to be consent to the granting of the relief requested by the Disclosure Statement.

Dated:  January 9, 2015                                      **SIMON RESNIK HAYES LLP**

                                                                    **By:         /s/ Roksana D. Moradi**
                                                                          **M. Jonathan Hayes**
                                                                          **Matthew D. Resnik**
                                                                          **Roksana D. Moradi**
                                                                          *Attorneys for Debtor*
                                                                          Christopher Smith

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **15233 Ventura Blvd., Suite 250, Sherman Oaks, CA 91403.**

A true and correct copy of the foregoing document entitled **NOTICE OF HEARING ON ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN OF REORGANIZATION** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **1/9/2015** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Melanie Scott Green**   Melanie.green@usdoj.gov
- **M Jonathan Hayes**   jhayes@srhlawfirm.com, roksana@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com
- **Gina J Kim**   gjkim@piteduncan.com, ecfcacb@piteduncan.com;GJK@ecf.inforuptcy.com
- **John H Kim**   jkim@cookseylaw.com
- **Bonni S Mantovani**   cmartin@pralc.com
- **Matthew D Resnik**   matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
- **Cassandra J Richey**   cmartin@pralc.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL:** On **1/9/2015** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Julia W. Brand
US Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Christopher R. Smith
10155 Toluca Lake Avenue
Toluca Lake, CA  91602

***ALL CREDITORS***:

American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355

Americredit/GM Financial
Attention: Bankruptcy
PO Box 183583
Arlington, TX 76096

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

CBA Collection Bureau
PO Box 5013

**SIMON RESNIK HAYES LLP**

| | |
|---|---|
| Hayward, CA 94540 | Pinnacle Credit Service<br>Attn: Bankruptcy |
| Chase<br>PO Box 24696<br>Columbus, OH 43224 | PO Box 640<br>Hopkins, MN 55343 |
| Franchise Tax Board<br>Attn: Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Providence Saint Joseph Med Ctr<br>P.O. Box 30027<br>Los Angeles, CA 90030-0027 |
| IndyMac Bank/OneWest Bank<br>Attn:Bankruptcy Department<br>2900 Esperanza Crossing<br>Austin, TX 78758 | US Bank<br>Attention: Bankruptcy Dept.<br>PO Box 5229<br>Cincinnati, OH 45201 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355 |
| Lewitt, Hackman, Shapiro, Marshall<br>& Harlan<br>16633 Ventura Blvd, 11th Floor<br>Encino, CA 91436 | Five Lakes Agency, Inc.<br>JP Morgan Chase Bank<br>PO Box 80730<br>Rochester, MI 48308 |
| Marcus, Watanabe & Dave, LLP<br>1901 Avenue of the Stars, Ste 300<br>Los Angeles, CA 90067 | ACAR Leasing LTD<br>dba GM Financial Leaasing<br>PO Box 183853<br>Arlington, TX 76096 |
| Meridian Foreclosure Services<br>4 Hutton Centre, Suite 900<br>TS #: 23545CA]<br>Santa Ana, CA 92707 | OneWest Bank, FSB<br>PO Box 829009<br>Dallas, TX 75382 |
| P F F Bank & Trust<br>c/o FDIC as Receiver<br>1601 Bryan Street<br>Dallas, TX 75201 | SECURITIES EXCHANGE COMMISSION<br>5670 WILSHIRE BLVD., 11TH FLOOR<br>L.A., CA 90036 |

*REMOVED CREDITORS/RETURNED MAIL:*

~~PFF Bank & Trust~~
~~P.O. Box 2729~~
~~Rancho Cucamonga, CA 91729-2729~~

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **1/9/2015** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **1/9/2015** | **Ja'Nita Fisher** | **/s/ Ja'Nita Fisher** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SIMON RESNIK HAYES LLP**